MISSOURI:


IN THE DISTRICT COURT
FOR WESTERN DISTRICT OF MISSOURI


TERRITA SMITH,

      PLAINTIFF,

VS.             CASE NO. 23-00025-CV-W-DGK

DOUGLAS A. COLLINS, SECRETARY OF
THE DEPARTMENT OF VETERANS AFFAIRS,

      DEFENDANT.
_____



TOLL-FREE 800.262.8777
LOCAL 540.667.0600
FAX 540.667.6562

County
COURT REPORTERS, Inc.
Videography
Litigation Technology™

DEPOSITION OF
TERRITA SMITH

THURSDAY, APRIL 03, 2025
1:42 P.M.

UNITED STATES ATTORNEY'S OFFICE
400 EAST 9TH STREET ROOM 5510
KANSAS CITY, MISSOURI 64106

**EXHIBIT A**

1  Ms. Smith, please raise your right hand to be

2  sworn.  Do you solemnly swear or affirm that the

3  testimony you're about to give will be the truth,

4  the whole truth, and nothing but the truth, so

5  help you God?

6                    **DEPONENT:**  I do.

7                    **COURT REPORTER:**  Thank you.  You

8  may put your hand down.  Counsel, you may

9  proceed.

10                   **MR. RAY:**  Sure.

11  **TERRITA SMITH,** having been duly sworn by the

12  Notary, was examined and testified as follows:

13  **DIRECT EXAMINATION**

14  **BY MR. RAY:**

15       Q.   Good afternoon, Ms. Smith.  We've never

16  met before.  My name is Jeff Ray.  You heard me

17  do the whole spiel there earlier.  Although I'm

18  aware of your name, for purposes of the record,

19  can you go ahead again and state your full name?

20       A.   Okay.  My name is Territa Cheanel

21  Smith.

22       Q.   Have you ever given your deposition

23  before?

24       A.   No.

25       Q.   Well, I know you sat through at least



County
**COURT REPORTERS,** Inc.
Videography ● Litigation Technology™

800.262.8777 TOLL-FREE ● 540.667.0600 LOCAL ● 540.667.6562 FAX ● CountyCourtReporters.com

EXHIBIT A

1  the, I'll hold the, the bottle, they'll drop them

2  into the bottle and I'll label that bottle and

3  what's, what is inside it.

4      Q.   **You mentioned polyps from the anus and**

5  **polyps from the throat, were there any other**

6  **activities involved as far as using instruments**

7  **on patients?**

8      A.   Oh, several.  We, we were set up for

9  surgeries and we were on call.  We would do on

10 call surgeries and upstairs in the, in the

11 emergency room.  No, not, I'm sorry, not, in the

12 surgical room.  There we go.  And we would sit

13 side by side with the, with work, with working

14 with doctors.  And that was, was one of the main

15 jobs.  To, in order to learn to get to the

16 surgery room, you would have, you have to sit in

17 the scribe's room and, and learn how to scribe

18 or, and also use, use every snare in every, every

19 scope that we had first.

20     Q.   **Then the MIT position you were assigned**

21 **to, was that within a particular group at the VA?**

22     A.   I'm sorry?

23     Q.   **In other words, I mean, could you on**

24 **any particular day be an MIT anywhere in the**

25 **hospital or were you assigned to a particular**



**EXHIBIT A**

1  **area or a particular group?**

2       A.    No, this is only in ENT.  This, sorry,

3  this is only in gastro in the area that we are,

4  we are assigned to.  We can't go anywhere else

5  over the hospital to perform it.  Unless our

6  group sends us there and that's where our group

7  is going for that surgery, and we follow that

8  doctor there.

9       Q.    **If I use the term GI group, you know**

10 **what I'm talking about?**

11      A.    Yes.

12      Q.    **When you first started with the VA, do**

13 **you recall how many MITs were in the GI group?**

14      A.    I can't recall how many were in the GI

15 group 'cause that means everybody in our unit.

16      Q.    **Right.**

17      A.    So everyone in our unit is in GI group

18 because we all do certain things to help the

19 doctors out, even the RNs.  So everyone in our

20 unit was GI group.  I don't have a specific

21 number of people.

22      Q.    **But your former student, Denise Smith,**

23 **was one of the MITs in the GI group.  Correct?**

24      A.    Correct, sir.

25      Q.    **Who was your supervisor when you first**

**EXHIBIT A**

1  Do you recall that incident?

2      A.    Yes, I do.

3      Q.    **Can you tell me, first of all, what a**

4  **preceptor is?**

5      A.    A preceptor is a person that has been

6  at the job who was, who was assigned to me to

7  teach me the job.

8      Q.    **Is it sort of a fancy way or maybe a**

9  **sort of a formal way of talking about a mentor?**

10     A.    That's a fancy way of saying someone

11  who's supposed to know the job completely inside

12  and out, every scope in the, in the office and

13  everything about the job.  And that's why I was

14  put with that person so they can precept me so I

15  can learn the job better.

16     Q.    **Were you with the same preceptor the**

17  **entire time you worked with the VA?**

18     A.    No, sir.

19     Q.    **Were you with a different preceptor on**

20  **a daily basis?**

21     A.    In the beginning it changed from

22  whenever they wanna change it daily until then,

23  went to, it went to weekly.

24     Q.    **Do you recall this incident in March of**

25  **2021 when Ms. Wood accused you of not being with**

**EXHIBIT A**

1 **your preceptor at all times?**

2      A.    Yes, I believe I recall this incident.

3 I believe it's the same one.

4      **Q.    Well, can you tell me what you can**

5 **recall about that incident?**

6      A.    I believe this is the same incident.  I

7 believe it was Holly that she put me with to be a

8 preceptor.  And Holly was, we, I, we were

9 supposed to be in room one doing a procedure.

10 And I was in room one the whole time waiting on

11 Holly, Holly never came to the room.  Then I find

12 out later that the whole, the whole case was

13 moved to upstairs surgery room.  Well, Holly

14 never came to the room.  I did what I was told,

15 told to do was go and, go and work on TMS on the

16 computer where everybody could see me at.  So

17 that's what I did 'cause Holly was gone.  I could

18 not find her.  I didn't know where to go.  So

19 when it, when we don't know what to do or we

20 can't be with a, with, with a person in a room,

21 then we're able to go either work on TMS or go

22 and, and go to another room to, to be, to be, to

23 help out with the, with those procedures.

24        Well, I didn't wanna be in a room where

25 the doors were closed and a procedure where

**EXHIBIT A**

1  somebody would be looking for me for hours.  So I

2  went to do TMS where everybody could see me at

3  and stay there until I was noticed that I was

4  being there.  And then people kept coming in

5  saying that, why am I here? Why am I here? And

6  I'm like, I'm looking for Holly and no one's

7  telling me where Holly is.  And then, Justin

8  Schroll came in and I informed him, this is where

9  I'm at because I don't know where Holly is and,

10  and I don't know where Janine is.  And she's

11  like, okay, fine, this is best for you to stay

12  here doing TMS. I did that until later Justin

13  came back, said, Hey, have you got the text from

14  Janine?

15         And I had got, well, in that room,

16  there's no service.  So I hadn't got the text, I

17  stepped out.  All right, I got out, I got the

18  service and text said Janine was wanting me to

19  report to her, where was I and all of that.  I

20  went to Janine and told her exactly where I was.

21  I told her I couldn't find Holly.  I don't know

22  where Holly was.  Holly left me and I found out

23  that Holly was in surgery upstairs later.  She's

24  like, well, Holly, well why didn't you go to

25  surgery with Holly? I didn't even know where



County
COURT REPORTERS, Inc.
Videography    Litigation Technology™

800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

**EXHIBIT A**

1  Holly was.  I had no idea where Holly was.  How

2  am I supposed to know? She's all the way up on

3  the fifth floor and I'm on the second.  I mean,

4  and nobody, she's not told anybody.  I didn't

5  even know the surgery was moved up there until I

6  seen Holly then come back.  So that wasn't that.

7  I think if that was the issue, that what happened

8  that day.

9      Q.    Ms. Wood sent you this text and you

10  explained to her why you weren't with Holly.  Did

11  anything further happen as a result of Ms. Wood

12  having this discussion with you?

13      A.    Yes.  She said, I will talk to you and

14  Holly once Holly gets back.  Well, tell Holly

15  come see me.  I told Holly that she wants to see

16  us both.  Holly was upset about she wants to see

17  us both.  Holly's like, I'm not going to see her.

18  I don't have to, I don't have to answer to

19  anyone.  She, and Janine knows where I was, so it

20  doesn't matter.  And so it was kind of left on

21  me.  So when we got in front of Janine, Janine

22  scolded me for being one that was not with my

23  preceptor at all times.  She never said anything

24  to Holly about Holly leaving me.  Then it came a

25  whole list of rules about this is where you're

County
**CourtReporters**, Inc.
Videography          Litigation Technology™

800.262.8777 TOLL-FREE   •   540.667.0600 LOCAL   •   540.667.6562 FAX   •   CountyCourtReporters.com

**EXHIBIT A**

1    supposed to be and this is what you're supposed

2    to be doing at this time.  But Natalie was never,

3    ever reprimanded, but I was as usual.

4        Q.    You said you were reprimanded, were you

5    in any way disciplined?

6        A.    Being yelled at and told I was a liar.

7    Being, saying that I was, I was aware I was

8    supposed to be.  Her taking Holly's word over

9    mine without even investigating the case.  All of

10   that is reprimanding.

11       Q.    Was that the first you'd ever been told

12   that you were supposed to be with your preceptor

13   at all times?

14       A.    I believe that was the first time.  And

15   after that she put it in writing and had, had

16   whole list of rules about it.

17       Q.    As I understand it, Holly went up to

18   the surgery room, you didn't realize that.  You

19   were not with Holly at the time she was in the

20   surgery room.  Correct?

21       A.    Correct.

22       Q.    The second incident that was

23   investigated, and you have listed here is that

24   since March of 2021, Janine Wood assigns her

25   duties and then forgets that she did so.  Do you

EXHIBIT A

1  **know what you are referring to there?**

2      A.    Yes.   Janine would put me in a room.

3  Like for instance, she'll tell me, go in this

4  room with this person and this preceptor, or go

5  in a room, in room one and won't tell me what

6  preceptor is in there.   And then, so I don't know

7  which preceptor I'm with, I just know I'm in room

8  one.   So now I'm in this room and that preceptor

9  saying they don't want, they don't wanna work

10  with me or they're, I'm, you're not, you're

11  supposed to be in another room.   And then they'll

12  put me somewhere else and change the board and,

13  and that's what, that's what it goes by.   Janine

14  won't say anything about the fact that I told her

15  to be here and this should not be changed and

16  this is where she should be at.   It's whatever

17  Holly and Frank and, and Kelsey says do, that's

18  where I'm supposed to be.

19      **Q.    At this time in March of 2021, how were**

20  **assignments made with respect to MITs and**

21  **preceptors?**

22      A.    She put them on the board and said

23  you're supposed, these are the names for the

24  rooms put on the board, the names of the room.

25  For instance, if you're in room one, these two

**EXHIBIT A**

1  people are supposed to be in room one.  If you're

2  in room two, these people are supposed to be in

3  room two.  So they would go and change my name

4  and move me around to a different room if they

5  didn't want to work with me.

6      Q.     **The preceptors would?**

7      A.     The preceptors, yes.

8      Q.     **All right.**

9      A.     And we would not say anything about it.

10     Q.     **At this time in March of 2021, how many**

11  **folks were acting as preceptors, do you know?**

12     A.     Yes, four.

13     Q.     **Four?**

14     A.     Mmm-hmm (indicating affirmatively.)

15     Q.     **Who were those four people?**

16     A.     Holly, Frank, Kelsey and Donna Harmon.

17     Q.     **Donna, what was Donna's last name?**

18     A.     Harmon.

19     Q.     **Harmon.  You indicated, if I heard you**

20  **correctly, that there were maybe three preceptors**

21  **that did not want to work with you.  Is that**

22  **correct?**

23     A.     Yes.

24     Q.     **Who were the three preceptors that did**

25  **not want to work with you?**

**EXHIBIT A**

1      A.   Yes, she did.

2      **Q.   When did she tell you that?**

3      A.   Right before she left.  Right before

4  and she sung bye way my eye.

5      **Q.   When was that?**

6      A.   I don't know exactly the day it was,

7  but I did write it in the report and I did also

8  come to, to Janine and let her know about what

9  happened.

10      **Q.   She told you that on, it sounds like on**

11  **close to or on her last day of work?**

12      A.   Yes.

13      **Q.   Then we keep talking about MITs and**

14  **preceptors because I understand it, preceptors**

15  **are MITs.  Correct?**

16      A.   That is correct.

17      **Q.   As far as job title, it is the same job**

18  **title you had.  Correct?**

19      A.   That's correct.

20      **Q.   The next incident you have listed here**

21  **is since March 2021, Janine Wood, oh, I guess**

22  **Janine Wood called you out for being late to**

23  **huddles.  Do you recall that?**

24      A.   That was several times, so I don't, I

25  don't recall the date.

**EXHIBIT A**

1       Q.    Well, and I understand it may have

2   happened on multiple occasions.   **Can you tell me**

3   **first of all, what are huddles?**

4       A.    Huddles are when the whole group, the

5   whole GI group meets in the morning to discuss

6   what we have, what we go, what we have going on

7   for the day.

8       Q.    **What time did the huddles start?**

9       A.    Seven o'clock to 7:10.  They used to

10  start at 7:10.  We've got from seven to 7:10 to

11  dress down.

12      Q.    **By dressing down, that's put on scrubs?**

13      A.    Correct.

14      Q.    **Were there occasions where you were**

15  **late to the huddles?**

16      A.    Yes, sir.

17      Q.    **What was the reason you were late?**

18      A.    Well, we have a scrub machine, it's

19  called a Scrub X.  And I'm a smaller size and

20  sometimes they would, they would not have my

21  size.  So instead of them not having my size, I'd

22  have to go downstairs to where they actually

23  clean the scrubs at and have to wait for them to

24  give me scrubs.

25      Q.    On how many occasions during the time

**EXHIBIT A**

1  **you were working at the VA do you think you were**

2  **late to a huddle?**

3  A.   Late to a huddle? I'm not for sure

4  exactly how many times.  But how many times would

5  I, did I not have scrubs? Most often.

6  Q.   **Well, let me ask you this, on how many**

7  **occasions do you think you were called out for**

8  **being late to a huddle?**

9  A.   That I wouldn't know either because

10  when Janine wants to make a scene, that's what

11  she does.

12  Q.   **Were there occasions you were late to a**

13  **huddle and nothing was said about it?**

14  A.   Only if there was somebody else, she

15  was getting onto.

16  Q.   **The times that you were called out were**

17  **times when you were the only person that was late**

18  **to a huddle, is that right?**

19  A.   No, the times I was called out was

20  times I wasn't even late.

21  Q.   **You were breaking up.**

22  A.   She would hear a door slam behind me

23  and say, and say, behind her and say it was me

24  'cause she can't see who's standing over there.

25  Q.   **What would she say to you, let's say**

**EXHIBIT A**

1   one of these occasions where you were not late to

2   the huddle, but you heard the door slam, what

3   would she say?

4        A.    She would say things like Territa

5   Smith, are you late? Is that you just coming in?

6   And I pop my head out, I'm already here.  I'm

7   here.  Or some of the, some of the RNs would say,

8   Territa's here.  She's over here.  She's not over

9   there.

10       Q.   As a result of being late to a huddle

11  on some occasions because you were trying to get

12  scrubs, did you ever receive any discipline?

13       A.   Not for sure as receiving discipline,

14  but I do remember her calling it out either in

15  huddle or by email.  I'm not for sure, but I do

16  remember addressing it.

17       Q.   If she had called it out in the huddle,

18  obviously there were other people there.  The

19  email, if she did it in email, was that an email

20  just to you or was that to the entire group?

21       A.   I, I'm not for sure.

22       Q.   Do you recall any other MITs or RNs, I

23  guess, being called out for being late to a

24  huddle?

25       A.   Denise Smith.  Not often, no.  Rose

EXHIBIT A

1  Cardina, one day she called her out and she

2  cried, she's cried.  But other than those, no.

3  Not, not often others, no.

4        Q.    What race is Denise then?

5        A.    Denise is black.  I don't remember her

6  calling any, anybody that was Caucasian or white

7  out for huddles.  It was just me, Denise and

8  Rose.

9        Q.    What race is Rose?

10        A.    Rose is Asian.

11        Q.    **Your next allegation is that on or**

12  **about March 1st, 2021, you were accused of not**

13  **telling the truth about your whereabouts.  Do you**

14  **recall that incident?**

15        A.    Yes.  That's when Denise, I mean, I

16  believe this is the day that Janine called me a

17  liar.

18        Q.    **Can you tell me what you remember about**

19  **that incident?**

20        A.    I just remember her, what I can recall

21  is I just remember her, every time she said

22  something, I'd answer her and tell her this is

23  where I was.  And she just flat out said, you're

24  lie, you're a liar.  And I, and I, and I was shut

25  off by it because I was, I was astounded by how I

**EXHIBIT A**

1  was trying to explain to her and tell her where I

2  was.  And she just kept dismissing it and wanted

3  to call me a liar in front of everyone.  And that

4  I was, I believe that was that, that was that

5  day.

6      **Q.    If you had been allowed to explain,**

7  **what would've been your explanation?**

8      A.    I would've let her know that her

9  preceptor left me.

10      **Q.    Is this the same incident as we talked**

11  **about earlier when Holly left you?**

12      A.    That's what I'm saying, I'm not for

13  sure if it's the same date, if that is the same

14  date or not.

15      **Q.    Well, all I know is according to this,**

16  **it all occurred in March of 2021, both of those**

17  **incidents.  Does that maybe mean it is the same**

18  **incident?**

19      A.    No, I'm for sure it's not the same

20  incident.  I just don't remember the date.

21      **Q.    The next allegation you have here is**

22  **that since April 2021, Janine Wood had employees**

23  **look for you.  Can you tell me what you recall**

24  **about that allegation?**

25      A.    Yes.  Yes.  That was the day that I was

**EXHIBIT A**

1  in during the TMS and a couple of employees were

2  looking for me.  And I, they kept walking past

3  and I'm like, Hey, I'm in here.  And that's when

4  Justin Schroll was even looking for me.  He even

5  said, Janine had me look for you.  And I told

6  him, I'm here doing TMS and I told him why.  He

7  told me to stay there.

8         Q.    **You say doing TMS, what does that mean?**

9         A.    It's when you're online and you're

10  doing competencies for your, for your job.

11         Q.    **The next allegation here is that since**

12  **April 2021, you were bullied by your white**

13  **coworkers.  Do you recall those incidents?**

14         A.    Oh, yeah.

15         Q.    **Who were the white coworkers that you**

16  **felt bullied you?**

17         A.    It's Frank, Kelsey, Holly constantly to

18  me.

19         Q.    **Can you give me examples of how your**

20  **white coworkers bullied you?**

21         A.    Frank tried to show, I'm sorry.  Frank

22  was trying to show the doctors that I was

23  incompetent of doing my job, and I knew I could

24  do the job.  Right.  And Holly, they wouldn't let

25  us write, they wouldn't let me write down.  They

EXHIBIT A

1  would not let me write down the information I

2  needed to do my job, let alone give me the

3  correct information to do my job.  They will all

4  do jobs differently.  And I would try to keep up

5  with every last one of the way they were doing

6  things, which was very hard.  So it was hard for

7  me to keep up with everything being that I, my

8  preceptors changed.  So they would try to say,

9  because I had so many questions that I didn't

10 wanna learn.  It, it was hard to work with me.

11      Q.   It was hard because each preceptor kind

12 of has their own way of doing the job.  Is that

13 right?

14      A.   Yes.  So when I started asking for

15 these SOPs to do my job the correct way, that's

16 when it really got back to harassment.

17      Q.   Can you tell me what an SOP is ...

18      A.   Yes.

19      Q.   ... in terms that I can understand?

20      A.   Yes.  Okay.  An SOP is the information

21 that you get with that piece of material or a

22 scope that shows you step by step, the legal way,

23 the correct way to clean a scope or to use that

24 instrument so that you don't hurt a patient.

25      Q.   These SOPs, I mean, how would you



**EXHIBIT A**

1    A.    Not with us, not with Territa, Denise

2  or Rose.

3    **Q.    Your next allegation is that on or**

4  **about April 22nd, 2021, you were questioned as to**

5  **why you stayed late.  Can you recall that**

6  **incident?**

7    A.    Yes.  I believe it was the day we

8  stayed late after a procedure was done to clean

9  up the rooms because another preceptor told me

10  to.  And they, that preceptor had left and I did

11  so.  And then Janine asked me, texted me and

12  asked me why would I have to stay late, and I

13  told her why.

14    Q.    Who was the preceptor that asked you to

15  stay late?

16    A.    I believe it was Holly or Frank.

17    **Q.    Then you indicated Janine texted you**

18  **and asked why you stayed late and what did you**

19  **tell her?**

20    A.    I let her know the other person that

21  was precepting me had left and went home and told

22  me to stay and cleanup.

23    **Q.    Did Janine respond to your response?**

24    A.    No.  She just said okay.

25    **Q.    The next allegation is that on June**

**EXHIBIT A**

1  14th, 2021, a coworker was demeaning towards you

2  in a meeting.  Do you recall that incident?

3      A.   In the meeting? I don't recall the

4  incident, particularly.  What day was it?

5      Q.   June 14th, 2021.

6      A.   I don't recall the date.

7      Q.   Do you recall who the coworker would've

8  been?

9      A.   I don't.

10     Q.   I mean, and this may be covered in your

11  affidavits and stuff, I'm just asking kind of

12  what you have an independent recollection of.  Do

13  you recall what was done that was demeaning in

14  that meeting?

15     A.   I don't recall what was done in that

16  meeting.

17     Q.   Well, let's move on then to the next

18  allegation.  On August 3rd, 2021, Janine Wood

19  told you that your leave request could result in

20  extending your orientation or lead to a

21  termination.  Do you recall that conversation?

22     A.   I remember her telling me that and once

23  some point in time that I don't recall the whole

24  full conversation or I know.

25     Q.   Was your orientation extended?

**EXHIBIT A**

1    A.    No, it wasn't.

2    Q.    I understand that you have a

3  constructive discharge claim, but you were never

4  formally terminated by the VA.  Correct?

5    A.    No, I resigned.

6    Q.    The next allegation or incident is that

7  on or about August 6th, 2021 Janine Wood spoke to

8  you about your leave usage.  Do you recall that

9  conversation?

10    A.    I thought that was a, I'm not for sure.

11  I thought that was a conversation you was just

12  saying, you were just, you just repeating.

13    Q.    They both occurred in August 2021.

14  They're just listed separately here.  They may be

15  two different descriptions of the same incident,

16  I don't know.  I'm just asking if you remember

17  anything specific independently sitting here

18  today about a possible conversation with Janine

19  Wood on August 6th, 2021 when she spoke to you

20  about your leave usage?

21    A.    I do recall the conversation with her

22  about leave, but I don't remember what she said.

23  I remember her stating something about if I had

24  continued that then my, if my, my probation would

25  be extended.  And that's the conversation I do



**EXHIBIT A**

1   incident when me and her were in the hall and she

2   asked me, she said something and I asked her

3   questions and questioned her, say, oh, every time

4   I questioned her, she said I was trying to argue

5   with her.

6       **Q.   Was that just the two of you in the**

7   **hallway or was that a huddle or ...**

8       A.   That was, I believe that was just me

9   and her.

10      **Q.   Okay.**

11      A.   And then other came in, it was right

12  before our MIT huddle.

13      **Q.   Then the next incident described here**

14  **is that on August 25th, 2021, Janine Woods**

15  **scheduled another meeting with you.  Do you**

16  **recall what you were referring to there?**

17      A.   I'd have to read more, read more about

18  it.

19      **Q.   You don't have an independent**

20  **recollection of that incident? You'd have to go**

21  **into your affidavit and the record?**

22      A.   I would have to.  Exactly, I would have

23  to look at my paperwork.

24      **Q.   The next incident, it occurred the next**

25  **day on August 26th, 2021.  Janine Wood**



**EXHIBIT A**

1  congratulated a coworker, but did not

2  congratulate you for doing the same task.  Do you

3  recall that incident?

4      A.    Yes, I do.

5      Q.    First of all, who was the coworker who

6  got congratulated?

7      A.    I believe it was Holly Oliver.

8      Q.    Would she have been a preceptor?

9      A.    Yes.

10      Q.    Do you recall the task that was

11  completed that she got congratulations for?

12      A.    We were both in the same surgery

13  upstairs with the her with the doctor.

14      Q.    Can you recall what Janine Woods said

15  to Holly?

16      A.    She was just giving her all type of

17  acco, accolades saying that she did good on this

18  and that, and, and while she was in the, in that

19  procedure.  And then the doctor or someone else

20  spoke up and said Territa was in that procedure

21  too and she did great.  And that's how I, that's

22  how that happened that day.

23      Q.    Do you recall who it was that made that

24  comment?

25      A.    I don't remember who made the comment,

**EXHIBIT A**

1  or what was her statement.

2      Q.  **What, if anything, did Janine Woods say**

3  **after that comment was made?**

4      A.  Nothing, she just kept going.

5      Q.  **Your next allegation is on August 31st,**

6  **2021, a coworker argued with you.  Do you recall**

7  **that?**

8      A.  No, I don't recall that, that date.  So

9  I can't recall the argument, but I kept looking

10  at my paperwork and I could find that.

11      Q.  **Your next allegation is that on**

12  **September 19th, 2021, a coworker called you out**

13  **in the morning huddle.  Any recollection of that**

14  **incident?**

15      A.  If this is the correct incident, I

16  believe you're talking about the incident where

17  Frank called me out saying I used a red marker

18  and we're not supposed to use mark, red marking

19  ink.  And another, another RN called in out

20  saying, you used red marker.

21      Q.  **Used a red marker on what?**

22      A.  When we're done with the scopes, you

23  use a marker that says the scope is clean.

24      Q.  **Then what was Frank's position? What**

25  **color marker or how you were supposed to indicate**



**EXHIBIT A**

1    it was clean?

2         A.    A black marker.

3         Q.    Black marker, okay.  Then the next

4    incident is that on October 15th and October

5    18th, Janine Wood told you that she did not

6    receive that, I'm getting confused here.

7    Something about a self-assessment.  Does that

8    ring any bell? Something about not receiving a

9    self-assessment.  Were you supposed to do a self-

10   assessment of your own job as per evaluation

11   process?

12        A.    I don't remember, but if this was the

13   self-assessment that I had already turned into

14   Justin Schroll, he already had it at that time.

15        Q.    It appeared maybe Janine Wood was

16   asking why she had not received your self self-

17   assessment, but you'd already turned it into

18   Justin?

19        A.    I believe so.

20        Q.    Okay.

21        A.    It's the same incident, yes.

22        Q.    Then we're down to the final two, which

23   are, what are sometimes called the discrete

24   claims, in addition to being part of your

25   environment claim.  The first of those is on

**EXHIBIT A**

1  September 16th, 2021, you were forced to use sick

2  leave to get your COVID-19 shot.  Do you recall

3  that?

4      A.    Yes.

5      Q.    Can you tell me what happened on that

6  day?

7      A.    I just remember they told me I had to

8  use sick leave and I did it.  And then Justin

9  Schrolll came back to me saying that I need to

10  fix that.  I could, I could, that everybody else

11  didn't use sick leave and I can fix that by

12  getting my, getting paid for it.  Well, I could

13  get paid for it, but I would still be able to fix

14  it and not be able to use my sick leave.

15      Q.    Did you make that change then?

16      A.    Justin showed me how to change it and I

17  changed it per the way he told me to change it.

18      Q.    In the end, you did not have to lose

19  any sick leave for getting your COVID-19 shot?

20      A.    Well, I did.  I did 'cause I didn't get

21  it back until after weeks later until after they

22  figured it out.

23      Q.    But it was restored?

24      A.    Yes, it was restored.  Yes, it was

25  restored.

**EXHIBIT A**

1      Q.   Then the last of these allegations, and

2  then we'll move on to some other stuff, including

3  your resignation.  On October 11th, 2021, you

4  lost leave without pay time.  Do you recall what

5  that allegation was concerns?

6      A.   I'd have to look more into it.

7      Q.   Was there a point in time in which you

8  were assessed leave without pay?

9      A.   Oh, I'd have to look into it.  I'm not

10  for sure.

11      Q.   Now, with the exception of your

12  resignation, which we'll talk about here in a

13  second, the investigation done by the EOs, done

14  during the administrative process in your

15  complaint does not list incidents that occur

16  after the October 26th filing of your EO

17  complaint.  Are there specific things that

18  occurred after you filed your EO complaint that

19  you just didn't put in your complaint with the

20  court?

21      A.   If there is, I have them that I've

22  given to my, my, my attorneys.

23      Q.   Well, she didn't include those in the

24  complaint, so I'd like to talk about your

25  resignation.  Do you have in front of you



**EXHIBIT A**

1  deposition Exhibit number two?

2      A.   Yes.

3      Q.   Is this the email you sent to several

4  people including Janine Wood and Justin Schroll

5  where you gave your two weeks' notice to resign

6  from the job?

7  (WHEREUPON, the Witness examined the document

8  previously marked  Exhibit-2 for Identification.)

9      A.   Yes.  This is it.

10     Q.   I have just a few questions about it.

11 The first one involves the very last sentence

12 where you indicate, my last date of work will be

13 1/22/22.  I was hired on 1/19/20, so my probation

14 period will be done here.  For the record, it

15 appears that you must have meant 1/19/21.  Is

16 that right?

17     A.   Yes.

18     Q.   When you were hired, you were hired as

19 a one year probationary period.  Is that correct?

20     A.   Everyone is.

21     Q.   Your resignation, you did just before

22 the end of your probationary period.  Had you

23 been told anything from anyone at the VA as to

24 whether or not you were going to be retained by

25 the VA after your probationary period?



**EXHIBIT A**

1      A.    Nobody could tell me that, but, but,

2    Janine.

3      Q.    **Did she tell you one way or the other**

4    **whether or not a decision had been made as to**

5    **retain you?**

6      A.    Yes.   Yes.   Janine did say after your

7    year is up, then you can, you can transfer outta

8    this department and go to a different department

9    'cause I had been trying to go to another

10   department.

11     Q.    **She had indicated to you that you would**

12   **be retained by the VA after your probationary**

13   **period was completed?**

14     A.    By telling me if I make it through a

15   year I can go to the other department, I thought

16   that's what she meant.   Yes.

17     Q.    **You also understood that after a year**

18   **you could transfer out of this particular**

19   **department, correct?**

20     A.    Yes.

21     Q.    **Was there anything in particular, any**

22   **incident in particular, anything, anyone in**

23   **particular said that caused you to send this**

24   **particular email on January 7th, 2022, as opposed**

25   **to any other time that you were working for the**

**EXHIBIT A**

1    VA during this period? Was there something that

2    specifically triggered you to send this email on

3    January 7th, 2022?

4        A.   Yes.  The full time I worked there I

5    was harassed.  That's what triggered me.

6        Q.   I understand that.

7        A.   It was nothing specific, no.

8        Q.   Was there a reason you didn't want to

9    go ahead and complete your probationary period

10   and transfer to a different part of the VA?

11       A.   Because when I tried to transfer out of

12   her department, she told me that you would never

13   be able to transfer out of this department before

14   a year.  And you didn't . . .

15       Q.   Before a year, but your year was going

16   to be up on January 19th, 2022.  Why didn't you

17   just wait another three weeks and transfer to a

18   different department?

19       A.   I haven't been through enough

20   harassment, sir.

21       Q.   Prior to sending this email, did you

22   talk with Janine Wood and/or Justin Schroll and

23   say, I'm going to resign, or was this, receiving

24   this email, would this have been the first

25   indication to the manager that you were planning

**EXHIBIT A**

1  on resigning?

2      A.    No.   Justin Schroll knew that if I was

3  not able to get transfer out of the department, I

4  would, I would resign.   And Janine knew as well.

5  They both knew that.

6      Q.    **They told you that you would be**

7  **eligible to resign after you'd been there for a**

8  **year, correct?**

9      A.    Yes.

10     Q.    **But you resigned just a little less**

11  **than two weeks before that date, correct?**

12     A.    I resigned on my, I resigned on my

13  anniversary when I got my certificate stating

14  that my probationary period was over.

15     Q.    **At that point, you could have asked for**

16  **a transfer, correct?**

17     A.    I was already ...

18     Q.    **Your probationary period was over, you**

19  **could have asked for a transfer, correct?**

20     A.    And I had already had a conversation

21  with them and I was told that I wouldn't be able

22  to transfer out of her department unless it was

23  her under her say so.

24     Q.    **Did you ask her to transfer you or did**

25  **you resign?**

**EXHIBIT A**

```
1                        CAPTION

2

3  The deposition of TERRITA SMITH, taken in the matter,

4  on the date, and at the time and place set out on the

5  title page hereof.

6

7  It was requested that the deposition be taken by the

8  reporter and that the same be reduced to typewritten

9  form.

10

11 It was agreed by and between counsel and the parties

12 that the deponent will read and sign the transcript

13 of said deposition.

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT A**

```
1                          CERTIFICATE

2    STATE OF _____:

3    COUNTY/CITY OF_____:

4    Before me, this day, personally appeared, who, being

5    duly sworn, states that the foregoing transcript of

6    his/her Deposition, taken in the matter, on the date,

7    and at the time and place set out on the title page

8    hereof, constitutes a true and accurate transcript of

9    said deposition.

10

11   _____

12   TERRITA SMITH

13

14   SUBSCRIBED and SWORN to before me this _____ day

15   of _____, ____ in the jurisdiction

16   aforesaid.

17

18   _____

19   Notary Public

20

21   _____

22   My Commission Expires

23

24

25
```