```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF MISSOURI
                       WESTERN DIVISION


 TERRITA SMITH,                      )
                                     )
              Plaintiff,             )
                                     )
 vs.                                 ) Case No. 4:23-CV-00025
                                     )
                                     )
 DOUGLAS COLLINS, SECRETARY OF       )
 VETERANS AFFAIRS, et al.,           )
                                     )
              Defendants.            )




                DEPOSITION OF JEANINE WOOD

                 VIA ZOOM VIDEOCONFERENCE

             TAKEN ON BEHALF OF THE PLAINTIFF

                     APRIL 3, 2025
```



```
 1        Q.    Okay.  And what has been your employment
 2   for the last ten years?
 3        A.    Kansas City VA.
 4        Q.    What positions have you held at the
 5   Kansas City VA in the last ten years?
 6        A.    Nurse manager.
 7        Q.    Have you consistently held nurse manager
 8   for the last ten years?
 9        A.    Yes.
10        Q.    Has that always been a supervisory
11   position?
12        A.    Yes.
13        Q.    Can you describe for me -- have you moved
14   any -- on -- have you moved units at all as nurse
15   manager?
16        A.    Yes.
17        Q.    Can you tell me the units that you have
18   been nurse manager on?
19        A.    Hematology, oncology.  Moved to
20   gastroenterology.
21        Q.    And when did you move from hematology and
22   oncology to gastroenterology?
23        A.    2015.
24        Q.    Okay.  And was it as you r-- in your role
25   as nursing manager in gastroenterology that you met
```

888-893-3767  Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com  California Firm Registration #179
LEXITAS

```
 1   Nurse Smith?
 2        A.   Yes.
 3        Q.   Are you the supervisor of the -- well, do
 4   you currently have supervisory duties?
 5        A.   Yes.
 6        Q.   And when you were the nurse manager over
 7   Territa Smith, were you her supervisor?
 8        A.   Yes.
 9        Q.   How many employees in the gastroenterology
10   department do you currently supervise?
11        A.   20- -- I think I have 24.
12        Q.   Twenty-four.  And of those 24, how many of
13   them are African-American?
14        A.   I think I misspoke on how many staff I
15   had.  I believe two.
16        Q.   Okay.  During the time frame of '21 -- the
17   year of January 2021 through December of 2022, how
18   many employees do you recall that you supervised?
19             And I'm going to represent to you that
20   that was a time frame that Ms. Smith was there.
21        A.   Can you give me the dates again, please?
22        Q.   January of 2021 through December of '22.
23        A.   I would say approximately 26.
24        Q.   And of the 26 that you supervised, how
25   many were African-American?
```



1  Q. Okay. And those emails, were they part of
2  the affidavit that you supplied to the investigator?
3  **A. Yes.**
4  Q. And is the information that you supplied
5  to the investigator, is that all of the emails that
6  you have concerning her sick and annual leave?
7  **A. Yes.**
8  Q. Okay. What -- what are the job titles of
9  the employees that you supervise?
10 **A. So medical instrument technicians. RN**
11 **staff -- or registered nurse. Sorry.**
12 Q. Okay. Anyone else?
13 **A. Assistant nurse manager.**
14 Q. Do you have one nurse manager, or is there
15 more than one that you supervise?
16 **A. I have one assistant nurse manager.**
17 Q. Sure. And who is the assistant manager?
18 **A. Justin Scholl.**
19 Q. How long has he been the assistant nurse
20 manager?
21 **A. Approximately five years.**
22 Q. So was he assistant nurse manager at the
23 time that Territa Smith was your employee?
24 **A. I believe so, yes.**
25 Q. And how many RN staff do you supervise?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

LEXITAS

```
 1   guessed.  Thank you.
 2        A.   May I ask what ROI -- the definition of
 3   that --
 4        Q.   Sure.  It's report of investigation.  I
 5   guess we have our own abbreviations.
 6             Did you see the report of investigation in
 7   this case from the EEOC?
 8        A.   I don't believe so.
 9        Q.   Okay.  Have you had an opportunity to
10   review the affidavit that you prepared for the EEO
11   [sic] officer with regard to this case?
12        A.   Yes.
13        Q.   Okay.  Now I'd like to focus for a little
14   bit on your supervision of Territa Smith.
15             The first is, when did you -- were you the
16   hiring official for Territa's position?
17        A.   Was I the hiring official?
18        Q.   Yes.
19        A.   Yes.
20        Q.   At the time that you hired, she was an
21   external hire; correct?
22        A.   Yes.
23        Q.   At the time that you hired her, were there
24   any particular qualifications that you were looking
25   for that you were -- that she had?
```

1  orientation?

2      A.  Yes.

3      Q.  And what does orientation consist of?

4      A.  Meaning with a preceptor.

5      Q.  And what's a preceptor?

6      A.  Somebody that is trained in all areas.

7      Q.  Besides meeting with the preceptor, is
8  there any other orientation that an individual who
9  is hired on into your -- your division -- your unit
10 goes through?

11     A.  When they first report to the VA, they
12 have a VA house-wide orientation that is completed
13 prior to coming to the unit.

14     Q.  Okay.  And after they complete the
15 house-wide orientation, then do they come to your
16 unit for orientation?

17     A.  Yes.

18     Q.  And it's that orientation where they meet
19 with the preceptor.  Is that correct?

20     A.  The educator, the preceptor, myself, and
21 they -- they're given their -- the education
22 schedule as well as -- or not schedule, but the
23 educational items that they will be precepted on, as
24 well as the SOPs, standard operating process.

25     Q.  Okay.  Let's talk about those for a

```
 1    preceptor, was that an assignment for a period of
 2    time, or could it change daily?
 3         A.   Say that -- sorry.  Say that one more
 4    time.
 5         Q.   Sure.
 6         A.   Or ask that.
 7         Q.   When you assigned a new hire to a
 8    preceptor, did they keep that preceptor or did they
 9    change sometimes?
10         A.   They did change.
11         Q.   Okay.  And who made the decisions with
12    regard to which individual would be assigned to
13    which preceptor?
14         A.   Are we speaking about the preceptors for
15    Territa Smith?
16         Q.   Yes.
17         A.   So based off of leave -- so if her current
18    preceptor was on leave, then it would go to a
19    different preceptor.
20              Towards --
21         Q.   Go ahead.  Towards the end, did that
22    change?
23         A.   I don't think towards the end, no.  I
24    think that we started putting -- you know -- so she
25    could see other pre- -- you know, other staff, see
```



1  her son had -- was murdered previously.

2      Q.   I didn't quite understand that.  She
3  previously informed you that her son had been
4  murdered?  Is that --

5      A.   She had informed me that her son had been
6  murdered, and so she was dealing with -- I believe
7  there was court hearings and items of that.  So
8  prior to her arrival to the VA, I believe, is
9  when -- that her son had been murdered.

10     Q.   Okay.

11     A.   So she was just dealing with the current
12 court items.

13     Q.   Okay. All right.  And do you know if any
14 of those unplanned leaves of absences were as a
15 result of the court proceedings?

16     A.   I'm not aware.  I can't recall that.

17     Q.   Okay.  When she put in for sick leave, did
18 she explain -- or annual leave, did she explain why
19 she needed it at that time?

20     A.   If it is listed "unplanned," that means
21 she called in for it, and she did not provide that.
22 If she asked off for a court hearing, that's when
23 she told me.

24     Q.   And it indicates that she had used
25 53 hours and 46 -- 45 minutes of unplanned time.

1        Is that in excess of the amount of sick
2   and annual leave that she had accrued?
3        A.   Say that one more time.
4        Q.   Okay.  If you see up at -- it says -- the
5   darker bullet point in the middle of the page says
6   "8/5 of 2021.  J. Wood met with Ms. Territa Smith at
7   1500 on leave and attendance."
8        A.   Uh-huh.
9        Q.   "Since starting January 19th, 2021,
10  Ms. Territa Smith had utilized a total of 53 hours
11  and 45 minutes of unplanned time."
12            Now, is 53 hours and 45 minutes, which
13  would be a little over a week, is that in excess of
14  the leave that she's allotted every year?
15            MR. RAY:  Well, I'm not sure you're
16  allotted leave on an annual basis.  I think maybe
17  you need to ask the question a little differently.
18            MS. RANDLES:  Okay.
19       Q.   (By Ms. Randles)  Do you know if the
20  53 hours and 45 minutes exceeded the leave balance
21  that she had accrued between January is and August,
22  when you -- you made the report?
23       A.   You're allotted annual leave and six leave
24  every pay period.  And if you have that leave, you
25  can utilize it -- or let me rephrase that.



```
 1            If you have that leave, then it's used
 2   for -- for those items.  And it looks -- if it was
 3   coded as "AL," then she had AL to put in.
 4        Q.   Is the same true with SL?  If it's coded
 5   for SL, then she had the leave available to her?
 6        A.   Yes.
 7        Q.   Okay.  So was the concern the fact that it
 8   was unplanned?
 9        A.   The concern was -- which -- right after
10   that sentence of the 53 hours --
11        Q.   Uh-huh.
12        A.   -- it says the concern was impacting her
13   orientation.  And future requests may be marked as
14   AWOL if no time was available.
15             I know it doesn't say "if no time was
16   available," but I'm just saying that if she did not
17   have time, it could -- it might be marked as AWOL.
18        Q.   Okay.  But at the time that you sent this
19   to her, there's no indication that she was out of
20   leave.  Is that correct?
21        A.   I can't answer that.  I don't recall that.
22        Q.   Okay.  Now, going down to the very last
23   bullet point on the page, it indicates "future
24   unplanned leave may be marked as an AWOL."
25             Under what circumstances do you mark
```

```
 1   unplanned leave as AWOL?
 2        A.   If they do not have sick leave.
 3        Q.   Okay.  So if they're -- they have not
 4   accrued sufficient sick leave to cover the unplanned
 5   absence, than they could be marked as AWOL.  Is that
 6   what you're telling me?
 7        A.   Yes.
 8        Q.   Okay.  But you had never marked her as
 9   AWOL at any time prior; correct?
10        A.   No.
11        Q.   And is that because she had sufficient
12   leave to cover the absences that she had made --
13   that she had taken?
14        A.   I can't answer that, if she was marked
15   AWOL prior to that or leave without pay prior to
16   that.
17        Q.   When you prepared this affidavit, did you
18   prepare it with the information in front of you?
19        A.   Yes.
20        Q.   Okay.  And at the time that you prepared
21   this, is it true that the only AWOL that she had
22   received was 8/20 of '21 for a 15-minute late
23   arrival?
24        A.   It appears that that's what it says, yes.
25        Q.   Okay.  Now, when -- we're going to move to
```

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F. California Firm Registration #179
LEXITAS

CERTIFICATE OF REPORTER

I, Lisa Valentine, a Certified Court Reporter for the State of Missouri, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

_____
Lisa Valentine
Missouri Supreme Court
Certified Court Reporter



```
 1   STATE OF              )
                           )
 2   COUNTY OF             )

 3   I, Jeanine Wood, do hereby certify:

 4            That I have read the foregoing deposition;

 5            That I have made such changes in form and/or

 6            substance to the within deposition as might

 7            be necessary to render the same true and

 8            correct;

 9            That having made such changes thereon, I

10            hereby subscribe my name to the deposition.

11            I declare, under penalty of perjury, that

12            the foregoing is true and correct.

13                   Executed this ____ day of _____,

14            20___, at _____.

15

16                           _____
                                      Notary Public
17

18            My commission expires: _____

19


20                           _____
                                      Jeanine Wood
21

22

23

24

25
```

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                California Firm Registration #179

