# EXHIBIT C

1

# FUNCTIONAL STATEMENT
## Medical Instrument Technician (Gastroenterology) GS-5
## KCVA

This position is located within the Medical Service, Gastroenterology (GI) Suite at the Kansas City Veterans Administration Medical Center. The GI endoscopy suite is responsible for providing high quality comprehensive care to all veterans (inpatients & outpatients) that require elective & emergent invasive GI procedures. The incumbent performs and/or assists in diagnostic examinations.

## BASIC REQUIREMENTS
- US Citizenship
- Proficiency in spoken and written English.

## Major Duties:

Medical Instrument Technicians (Trainee) at this level operate and monitor commonly used equipment performing routine procedures under normal supervision. The technician functions somewhat independently in carrying out these standardized procedures of limited complexity. Deviations from regular procedures, unanticipated problems, and unfamiliar situations are referred to the supervisor for a decision or help. Some assignments at this level also include developmental duties involving more complex procedures designed to prepare the technician for promotion to higher grades in a functional area. Such duties would be performed under closer supervision.

Procedures include, but are not limited to: Colonoscopy, Endoscopy, Enteroscopy, EUS, Paracentesis, Peg Tube placements (removal), Smart pills, Dilation, Manometry, Bone Marrow BX, Bronchoscopy, Thoracentesis, Chest Tube placements, EBUS, ERCP and Fribroscan. The incumbent will be trained on how to educate/instruct the patient in the procedure to be performed and takes part in the post-procedure care of the patient. The incumbent works with state-of-the-art technology. Assists with scheduling and coordinating special procedures, preparation and logistics of patients and operation and maintenance of bio-medical equipment including video endoscopes, state of the art laser and fluoroscopy diagnostic equipment. Incumbent will train on how to prepare the procedure room for the performance of GI endoscopic procedures under the direction of the GS 6 and/or GS 7, Endoscopist, Nurse Manager, Charge Nurse and RNs assisting with procedures with supervision. Serves as an integral part of the endoscopy team of physicians, nurses and technicians in the performance of all endoscopic procedures (with and without endoscopic therapeutics). Maintains adequate inventory of supplies and places orders as well as follows through on obtaining any deficient supplies/equipment. Attends and participates in endoscopy staff meetings.

The incumbent assists with carrying out recurring procedures with instructions. When not assisting in diagnostic procedures the Medical Instrument Technician is expected to answer phones, assist in the recovery/pre-operative area, answer patient questions or know where to direct the patient for answers, restock, and general administrative functions, and data entry skills.

## GRADE REQUIREMENTS:

Gastroenterology (GI) Technicians (trainee) assist the practitioner in endoscopic procedures, such as esophagogastroduodenoscopy (EGD), colonoscopy, endoscopic retrograde cholangiopancreatography (ERCP), and endoscopic ultrasound. The technicians ensure proper performance of equipment, set up equipment, and reprocess endoscopic reusable medical equipment (RME). Certification is offered by the Society of Gastroenterology Nurses and Associates (SGNA) for level one and level two training. GI endoscope reprocessing certification is offered through the Certification Board of Sterile Processing and Distribution (CBSPD).

# **EXHIBIT C**

2

**Creditable Experience** - Knowledge of Current Medical Instrument Technician Practices. To be creditable, the experience must have required the use of knowledge, skills, abilities and other characteristics associated with current Medical Instrument Technician practice appropriate to the identified specialty area.

**Quality of Experience-** Experience is only creditable if it is equivalent to at least the next lower grade level and is directly related to the position/specialty to be filled.

**Training-** Completion of appropriate training such as in-service training programs, on the job training, training acquired while in the Armed Forces, government sponsored developmental training programs, and/or training under physicians certified in the functional area will be allowed on a month-for-month basis through the GS-5 level.

OR,

**Education.** Successful completion of [4 academic years above high school leading to a bachelor's degree with courses related to the occupation, or] a bachelor's degree in a major field of study appropriate to medical instrument technician functions.

**Demonstrated Knowledge, Skills, and Abilities**
1. Knowledge of standard medical terminology to interpret physician orders or instructions.
2. Knowledge of common physical disabilities and ability to position patients for the examination or treatment.
3. Ability to learn the normal and abnormal results for routine procedures to recognize and report obvious abnormalities.
4. Ability to operate the equipment to administer routine/standard diagnostic treatment or procedures.
5. Ability to perform standard operator maintenance on the equipment including the ability to disassemble, clean, reassemble, and calibrate the machine.

**Certification.** No certification is required; however, it is desirable that employees at this level have Basic Life Support (BLS) certification.

**Assignment.** Medical Instrument Technicians (Trainee) at this level operate and monitor commonly used equipment performing routine procedures under normal supervision. The technician functions somewhat independently in carrying out these standardized procedures of limited complexity. Deviations from regular procedures, unanticipated problems, and unfamiliar situations are referred to the supervisor for a decision or help. Some assignments at this level also include developmental duties involving more complex procedures designed to prepare the technician for promotion to higher grades in a functional area. Such duties would be performed under closer supervision.

**Physical Requirements**: High levels of energy and stamina are needed to cope with the demands of a rigorous job. While performing duties of this job the Endoscopy Technician is frequently required to stand, walk, bend and reach. Good strength and well-developed musculoskeletal function are necessary for occasional lifting and positioning or transfer of patients who are sedated. Highly refined dexterity is necessary to handle demands of highly sophisticated procedures and equipment. Excellent visual skills are necessary for evaluation of clinical status of patients and adequacy of small biopsy specimens. Must be able to lift and/or move over 50 pounds. Incumbent must have good manual dexterity and keyboarding skills. Must be able to express or exchange ideas by means of the spoken word. Must be able to view and read information on computer screens.

**Work Environment:**

Work is performed in the Gastroenterology suite, emergency room (ER), operating room (OR) and in the intensive care settings of the hospital which require special attire with regular and recurring exposure to toxic and noxious gases such as: detergent/ disinfection agents, alcohol, and argon

# EXHIBIT C

3

plasma gas, exposure to x-rays, and pure oxygen, exposure to blood and body fluids which are often infectious. The MIT may be required to wear a 20-30-pound lead apron as protection from radiation during various procedures. Appropriate scrub attire is required, including sterile gown and gloves, surgical caps to cover the MIT's hair, and surgical mask to provide an aseptic environment. The MIT must wear protective eyewear such as goggles or face shield to prevent inadvertent splash injuries to his/her eyes. The incumbent will be working with some patients with potentially communicable disease. Work is performed in an environment in which x-rays are utilized as an adjunct to diagnostic procedures and chemicals are used for sterilizing instruments. However, risks are minimal with usual precautionary measures.

The GI Unit can be an exceptionally stressful work environment. Good mental and emotional health is required to function at an optimum level.

**Environment of Care**

Follows Life Safety Management (fire protection) procedures. Reports safety hazards, accidents and injuries. Reviews hazardous materials/Material Safety Data Sheets (MSDS)/waste management. Follows Emergency Preparedness plan. Follows security policies/procedures. Complies with federal, state and local environmental and other requirements preventing pollution, minimizing waste, and conserving cultural and natural resources.

**Infection Control**

Demonstrates infection control practices for disease prevention (i.e. hand washing, universal precautions/isolation procedures, including TB requirement/precautions).

**SUPERVISORY CONTROLS**

Works under the supervision of the GS6 and/or GS 7 MIT, Endoscopy Nurse Manager and provider. Assignments are directed by the Endoscopy Nurse Manager. No Supervisory responsibilities. The supervisor provides continuing or individual assignments by indicating generally what is to be done, limitations, quality and quantity expected, deadlines, and priority of assignments. The supervisor assures that finished work and methods used are technically accurate and in compliance with instructions or established procedures. Review of the work increases with more difficult assignments if the employee has not previously performed similar assignments.

**CUSTOMER SERVICES**

Relationships with management, co-workers, patients, and general-public must be consistently courteous, respectful, and cooperative in nature. Incumbent must display a cooperative attitude and effectively work together to affect the organization's mission and goals. Incumbent will ensure productivity is maintained at the established level for the program for which he/she is responsible.

**Patient Safety Competency Statement:**

The incumbent will be responsible for promoting a culture of safety and will fully cooperate in efforts to improve patient safety and eradicate potential events including the reporting of events resulting in actual or potential injury to a patient. Incumbent must demonstrate knowledge of the reporting procedures involving safety issues relating to patients.

**COMPUTER SECURITY**

Protects printed and electronic files containing sensitive data in accordance with the provisions of the Privacy Act of 1974 and other applicable laws, Federal regulations, VA statutes and policy, and VHA policy. Protects the data from unauthorized release or from loss, alteration, or unauthorized deletion. Follows applicable regulations and instructions regarding access to computerized files, release of access codes, etc. at all times.

Uses word processing software to execute several office automation functions such as storing

**EXHIBIT C**

4

and retrieving electronic documents and files; activating printers; inserting and deleting text, formatting letters, reports, and memoranda; and transmitting and receiving e-mail. Uses the Veterans Health Information and Technology Architecture (VistA) to access information in the Medical Center Computer System.

**AGE, DEVELOPMENTAL, & CULTURAL NEEDS OF PATIENTS:**
The incumbent provides the patient care/support which is appropriate to the cognitive, emotional, and chronological maturation needs of the young adult (18-44 years old); middle adult (45-64 years old), and older adult (65-older) patients. The incumbent must demonstrate the knowledge and skills necessary to provide care/support appropriate to the age of the patients served in the assigned service areas. The incumbent must demonstrate the knowledge of the changes associated with aging and possess the ability to provide care/support based upon age related factors.

**Tele-work Determination:**
This position is not suitable for telework.

**OTHER CONDITIONS:**
The incumbent is guided principally by the policies, principals, professional ethics and techniques of accepted medical practice. Additional guides are available in the form of VACO directives, program guides and circulars, health care facility memoranda, bulletins, union contracts, supervisory memoranda, policy and procedure statements, position descriptions, performance standards, and JCAHO and/or CARF criteria. Incumbent is expected to independently make use of guides in a creative, flexible manner and must use sound judgment in selecting techniques or introducing new practices and methods, adapting these as necessary to fit the needs of the patient population with which he/she works. The maintaining of quality relationships with professional colleagues as well as all levels of staff at the Medical Center is essential.

**REFERENCES**
VA Handbook 5005/15, Part II, Appendix G27, Medical Instrument Technician Qualification Standard, GS-649

| Territa S Smith 3553045 (Digitally signed by Territa S Smith, Date: 2021.03.02 13:53:21 -06'00') | Date |
|---|---|
| **Employee Signature** | |
| JEANINE R Wood 305977 (Digitally signed by JEANINE R Wood 305977, Date: 2021.03.02 13:51:12 -06'00') | Date |
| **Nurse Manager Signature** | |

I certify that this is an accurate statement of the major duties and responsibilities of the position of MIT for Gastroenterology. This is the only authorized MIT Functional Statement for the Kansas City VA Medical Center.

*Kelley Gossett*