# EXHIBIT D




**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF RESOLUTION MANAGEMENT, DIVERSITY & INCLUSION**
**MIDWEST DISTRICT**
**COUNSELOR REPORT**

**CASE NUMBER: 200J-0589-2021105154**
**COUNSELOR NAME: Reed, Mechell**

| Name of Aggrieved Party: | | | | Ms. Territa Smith | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home and/or Alternate Address: | | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |
| Home Telephone Number: | | | | ▓▓▓▓▓▓▓ | | | | | |
| Cellular/Mobile Number | | | | ▓▓▓▓▓▓▓ | | | | | |
| Business Address: | | | | 4801 Linwood Blvd., Kansas City, MO 64128 | | | | | |
| Business Telephone Number: | | | | 816-861-4700 | | | | | |
| Email Address: | | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |
| Position Title/Grade: | | | | Medical Instrument Technician, GS-5 | | | | | |
| Employee | X | Former Employee | | Applicant | | | | | |
| VHA | X | VBA | | NCA | | | Canteen | | Other |
| Title 5 | | Title 38 | X | Hybrid T38 | | | Full-time | X | Part-time |
| Probationary | X | Career | | Career Conditional | | | Temporary | | Term |
| Name of Facility: | | | | Kansas City VA Medical Center | | | | | |
| Address of Facility: | | | | 4801 Linwood Blvd., Kansas City, MO 64128 | | | | | |
| Facility Telephone Number: | | | | 816-861-4700 | | | | | |
| Name of Representative: | | | | NA | | | | | Attorney: NA |
| Representative's Address: | | | | NA | | | | | |
| Representative's Telephone: | | | | NA | | | | | |

**NOTIFICATION OF PROCEDURAL RIGHTS**

| Initial Contact: | Telephone: | | Date: | 08/11/2021 |
|---|---|---|---|---|
| Initial Interview | Telephone: | | Date: | 08/20/2021 |
| Rights & Responsibilities/Notices: | E-mail: | 08/24/2021 | Rec'd: | 08/26/2021 |
| Notice to Unreachable Aggrieved: | UPS/Cert Mail: | NA | Rec'd: | NA |
| Agreed to Waive Anonymity: | YES [X] | NO [] | Date: | 08/26/2021 |
| Notification to Facility Director | E-mail: | 08/25/2021 | Date: | 08/25/2021 |
| ADR offered by facility [X]  MOU [X]: | YES [X] | NO [] | Date: | 08/20/2021 |
| Facility Returned Signed Refusal | YES [] | NO [] | Date | NA |
| ADR Agreed to by Aggrieved: | YES [X] | NO [] | Date: | 08/26/2021 |
| Settlement (SA) [] | Withdrawal (WD) []: NA | | Date: | NA |
| Notice of Closure (for SA/WD): | Regular Mail: | NA | Rec'd: | NA |
| Notice of Right to File: | E-mail: | 10/08/2021 | Rec'd: | 10/12/2021 |

Case Number: 200J-0589-2021105154
Name of Aggrieved Person: Ms. Territa Smith
Name of Facility: VAMC Kansas City, MO
Date of Initial Contact: 08/11/2021

## RMO/WITNESS INFORMATION

| | |
|---|---|
| Responding Management Official(s): (Name, Title, Telephone Number) | Jeanine Wood, Nurse Manager, 816-861-4700, ext. 56468 |
| Witness(es) Suggested for Interview by Aggrieved Party (Name, Title, Tele #): | None |
| Witness(es) Suggested for Interview by RMO (Name, Title, Telephone Number): | None |

**Claim:** Harassment (Non-Sexual)/Hostile Work Environment
**Incident Date:** 10/05/2021
**Bases:** Age (12/1975), Race (Black)

| | Yes (date) | No | | Yes (date) | No | If claim is untimely, explain reason for the untimeliness in description of claim below.* |
|---|---|---|---|---|---|---|
| Mixed Case | | X | MSPB Filed | | X | |
| Union Grievance Filed | | X | Is Claim Timely | X | | |
| Administrative Grievance Filed | | | | | X | |
| Have you contacted another EEO Official? | | | | | X | |

**Brief Description of Claim:**

- From April 2021 to Present, the RMO has directed the Aggrieved Party's (AP) co-workers to look for her. The AP perceives the action as a form of harassment.

- From April 2021 to Present, the AP has been harassed and bullied by her White co-workers Frank, Holly, and others. The AP believes that her co-workers are harassing her to force her to resign from federal career service.

- From April 2021 to Present, the RMO has repeatedly asked the AP if she needs counseling and/or the Employee Assistance Program services. The AP perceives the inquiries as a form of harassment. However, on August 16, 2021, a co-worker Katheryn sobbed due to a family death during the morning huddle, however the RMO did not publicly offer EAP, etc. In comparison, to how the RMO has treated the AP by offering EAP, etc.

- From April 2021 to Present, the RMO has assigned the AP duties, only to forget that she assigned the duties, and then later reprimanded the AP. Subsequently, the RMO apologizes after being reminded of the duty by the AP. The incidents have caused a hostile work environment for the AP.

- The week of April 22, 2021, the AP was issued an email by unspecified party asking why she had stayed late. However, Frank had stayed late, but he was never reprimanded and/or asked to provide additional information.

- On June 14, 2021, during training Frank notified the AP and her co-workers, *"If you can't do this then you don't belong here. You guys asking to many questions. It's not rocket science…"*. However, Frank conducted the training according to his process and not as instructed by the RMO. The AP perceives Frank's actions as disrespectful and harassing.

Case Number: 200J-0589-2021105154
Name of Aggrieved Person: Ms. Territa Smith
Name of Facility: VAMC Kansas City, MO
Date of Initial Contact: 08/11/2021

- On August 3, 2021, during a meeting the RMO notified the AP that her leave requests can result in a termination and extending her orientation. The AP perceives the RMOs actions as a threat.

- On or around August 6, 2021, the RMO notified the AP verbally and via email about her leave occurrences. The AP perceives the RMO's actions as a form of harassment.

- On August 10, 2021, the RMO gave the AP a 'dirty' look in the presence of other staff when arriving late to a morning huddle. Subsequently, the RMO issued the AP an email regarding leave usage.

- On August 18, 2021, the AP witnessed Frank treating a co-worker Denise more favorably than her while training on a special procedure, i.e., endoflip. However, the AP previously requested to receive consistent hands-on training. The AP perceives the treatment as harassment.

- On August 20, 2021, the RMO issued the AP an email about being late to the morning huddle. However, the AP had previously notified the RMO that she would be late while she waited for her scrubs to be cleaned. The AP believes the RMO is singling her out, as her co-workers have not been issued similar emails.

- The week of August 20, 2021, the RMO accused the AP of attempting to argue with her regarding room assignments. However, Holly had changed the RMO's room assignments on the board, but the RMO did not ask the AP what occurred. The AP believes that she is being treated indifferently in favor of her co-workers Frank, Holly or Kelsey.

The AP believes that she is being treated indifferently by the RMO, in comparison to her similarly situated co-workers who are younger and/or White.
The AP has incurred anxiety, due to the actions of management and her co-workers.

**Resolution Sought:**
1. For the harassment to cease.
2. To be treated fairly.
3. To be provided with the adequate materials and/or training, in order to conduct her duties.

**Management's Response:**
Management was not contacted as the AP elected to conduct mediation.

**Informal Documents Requested:**
1. Most Recent SF-50 (Redacted)
2. EEO Training Records
3. Summary of Contact with Facility/Area EEO Program Manager

| SUMMARY OF RESOLUTION EFFORTS |
|---|

The Aggrieved Party accepted the offer to mediate. A resolution was not reached during the Informal stage of the EEO complaint process.

| FINAL INTERVIEW |
|---|

<span style="color:red">**EXHIBIT D**</span>

**Case Number: 200J-0589-2021105154**
**Name of Aggrieved Person: Ms. Territa Smith**
**Name of Facility: VAMC Kansas City, MO**
**Date of Initial Contact: 08/11/2021**

During the final interview on October 5, 2021, the results of informal counseling and resolution efforts were discussed with the Aggrieved Party. The Aggrieved Party was informed that the claim(s) listed above were the only claim(s) addressed during the informal EEO counseling. If a formal Complaint of Discrimination is filed, a claim that has not been brought to the attention of an EEO Counselor and is not like or related to a claim that has been brought to the attention of an EEO Counselor is subject to dismissal in accordance to CFR 1614.107 a(2).

The Notice of Right to File a Discrimination Complaint and VA Form 4939 were sent by e-mail on October 8, 2021, and delivered on October 12, 2021.


Mechell Reed,

EEO CounselorDate: 11/01/2021