COMPLAINT CASE NUMBER:

OMB NO.: 2900-0716
RESPONDENT BURDEN: 30 Min.

**VA** Department of Veterans Affairs  **COMPLAINT OF EMPLOYMENT DISCRIMINATION**

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

1. NAME *(Last, first, middle initial)(Please print)*
Smith C Smith

3. MAILING ADDRESS

4a. WORK TELEPHONE NUMBER *(Include Area Code)*
816.861.4700

2. EMAIL ADDRESS

4b. HOME TELEPHONE NUMBER

5. ARE YOU:
[X] A VA EMPLOYEE
[ ] AN APPLICANT FOR EMPLOYMENT
[ ] A FORMER VA EMPLOYEE

6a. JOB TITLE, SERIES AND GRADE
M.I.T. GRD 5

6b. SERVICE/SECTION/PRODUCT LINE

7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED
KCVA
4801 Linwood Blvd.
KC MO 64128

NOTE: For each employment related matter that you believe was discriminatory you must list the bases *(list one or more of the following)*: Race *(Specify)*, Color *(Specify)*, Religion *(Specify)*, Sex *(Male or Female)*, National Origin *(Specify)*, Age *(Provide date of birth)*, Disability *(Specify)*, Genetic Information, and Reprisal for prior EEO activity or having opposed discrimination.

| 8. BASIS | 9. CLAIM(S) *(What employment related claim(s) - personal action(s), incident(s), or event(s) caused you to file this complaint? Briefly describe what happened below. Use an additional sheet of paper if necessary. You should not include information that violates the Privacy Act of 1974 and the Health Insurance Portability and Accountability Act (HIPAA). Some examples are patient medical records, personal records of other VA-employees, etc.)* | 10. DATE OF OCCURRENCE *(Include the most recent date(s))* |
|---|---|---|
| Age (over 40)  Race (Blk) | Harrassment (colori-sexual) / Hostile work environment | April until Now |

11. REMEDIES SOUGHT *(Use an additional sheet of paper if necessary.)*
Union meetings, Complaints to Supervisor, EEOC office, mediation

12a. DO YOU HAVE A REPRESENTATIVE?
[ ] YES  [X] NO  Not at this time

12c. PROVIDE THE NAME AND ADDRESS OF YOUR REPRESENTATIVE
obtaining legal representation

12d. TELEPHONE NUMBER *(Include Area Code)*

12b. IF "YES," IS HE OR SHE AN ATTORNEY?
[ ] YES  [ ] NO

12e. EMAIL ADDRESS

13a. HAVE YOU CONTACTED AN EEO COUNSELOR?
[X] YES  [ ] NO

13b. NAME OF EEO COUNSELOR
Mechell Reed

13c. DATE OF INITIAL CONTACT WITH ORM
Aug. 11. 2021

14. If you contacted an EEO counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 10, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. *(Use an additional sheet of paper, if necessary.)*

15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE?
[X] YES  [ ] NO

15b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED
03.19.21

16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE?
[ ] YES  [X] NO

16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED.

17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE?
[ ] YES  [X] NO  Not yet

17b. IF "YES," PROVIDE THE NAME AND ADDRESS
obtaining legal representation

18. SIGNATURE OF COMPLAINANT *(Do not print)*
[signature]

19. DATE
10/26/21

VA FORM
MAR 2013  **4939**
SUPERSEDES VA FORM 4939, AUG 2012. WHICH SHOULD NOT BE USED.

| | |
|---|---|
| **From:** | territa smith <territa.smith@yahoo.com> |
| **Sent:** | Wednesday, October 27, 2021 12:56 PM |
| **To:** | Smith, Territa S. (KCVA) |
| **Subject:** | [EXTERNAL] Issues at work |

# Issues at work

*Every issue Here pertains to* [handwritten]

## HARRASSMENT/ HOSTILE WORK ENVIRONMENT #1

Today is 4/9/21 I've Been late twice since our meeting with the union on 3/19/21 and called both times still get emails about being late and when I am Jeanine wood (my supervisor) makes it well known in huddle to everyone I am late with Hard stairs .

,unprofessional comments ,That point me out directly even when I have called her or emailed her to let her know why .she know what is going on in my life right now at this point we have had too many conversations for her to act like she does not know that I that I am going back-and-forth to court at this point for the murder of my son who is 18 years old and about to graduate but murdered two weeks before his graduation in 2019 we have had several conversations about this she has even told me she understands at times I'm going to need some time off and I just need to let her know that and we would work it out ..however she still makes it a point appointment out to the rest of the staff when I am late ..I explain to Jeanine months ago( 1/28/21 to be exact )that these two months will be terrible march/april for me then I got more bad news that we are not going to court this month I still came to work day I took a 2 hrs off to get my mind right before I came in but I still came in and had the time to use.but she still did this to me in huddle ... but before the meeting we had she always told me to just put my time in when I get there ..and I did so and it has always been approved with no problem Jeanine has even shown me how to put time it in as well as what leave to use so I have done it this way since she showed me how now after the union meeting it's a problem?

## HARRASSMENT/ HOSTILE WORK ENVIRONMENT #2

3/1/21. Two weeks ago we were told if we were going to work on TMS and we need to do it on the floor don't leave the floor we could also do it after a case if we have down time which is what I was doing Jenanine wood (supervisor)text me asked me where I was I let her know I was in the first office ( still in GI) working on tms cause Holly Oliver (co-worker/preceptor) left me and I didn't know where she was I also told the charge nurse as well where i was because we were told to inform her of our whereabouts. I did everything like I was asked . I texted her back she said she was in a meeting so I finished my TMS once she was done with her meeting (Jeanine) she told me to come to her office so I went immediately after turning tMS off and she asked to see my TMS so she could try to put a timeline together to figure out where was I and how long was i there but I told her this is where I was In the front office on the computer doing tms same place I informed her of when she texted me a he said well she could not text me back to tell me to go on the floor to another room (but she could have asked anyone to tell me even Justin Schroll (her assistant) ive seen her text staff while we were in our union meeting before so why she couldnt text justin schroll or staff, me or the person whom left me (my preceptor as Jeanine calls them ) to come to get me if she wanted me out there she said I was at fault and I should've just went on the floor but where? but she was aware of where I was ! About 2 months ago I went to a room to work cause Jeanine put me there but forgot and got mad at me about it even though she put me there but forgot however Justin Schroll had to let her now she did everything you asked. And she was working on TMS she went to brakes on time when her preceptor left her and didn't tell her she was going to break on several occasions so this was not her fault she ask why didn't you go into the room like you did yesterday i let her know I did that yesterday because I asked you ... when I seen you were on the floor if I can go in any room tried to go in any room before and I was reprimanded for that ...which was talked about in the first meeting with the union which is where she told me to go ,,,now Jeanine wants to meet with me Holly Oliver and I after this to make sure that Holly left me and im not lying and our stories match up like I was lying and Holly can only tell truths ... I'm not a kid I'm 46 yrs old I didn't sign up to be somebodies flunky or red headed step child I don't have to lie about anything!!.. but Holly told her she did leave me

Jeanine didn't say nothing or address Holly she never said anything to Holly about her leaving except you guys need to go to brakes together rita u need to follow Holly wherever she goes . If Holly goes upstairs for Emr case u should have went with her but how was I to know this ????when she didn't even tell me where she was going ..but if nobody ever told me to go with her and she is constantly just leaving me and I've never went with her before she's always left me and went upstairs or wherever how am I supposed to know Jeanine tells me I'm supposed to take direction from her but she gives no direction ... now the preceptors are angry at me for just trying to find out what my job is and where I'm supposed to be but This is how it's been The whole time here .. I just have to figure things out for myself without any direction. very frustrating

HARRASSMENT/ HOSTILE WORK ENVIRONMENT# 3

- 3/8/21 This week Holly is not here she put me back with Frank Palmisano (MIT and preceptor) in rm 1 which I thought we were switching around I was just in rm one for 1 week with Holly she has not put me back with Denise smith (MIT preceptor) since my first week here and then the week she was on vacation which she forgot she even put me there which is why we had the first meeting when they kept Switching names back-and-forth on the board while she was out of town but before she left Jeanine wood told me to go in room one not knowing denise smith was running room 1 but that's where I was that's why I stayed in room one over a week because that's what Jeanine wood put on the board but (Holly changed it )and I went to her (Jeanine )before she left for her vacation to ask her who am I to listen to who do I take direction from the staff my coworkers or you my manager Jeanine told me your manager me ! So this is the day that she put me in room one my name is on the board for rm 1. So I stayed there all week but that was a problem also this is where she was. Very disrespectful to me and she saying if u put something where it supposed to be it should be there if you should go back and look for it should be there I'm not and it I'm a person and she asked me to be in room one with that person (Denise )and that's why I was there and she walked throwing her hands in the air saying I was trying to argue with her but I was just trying to remind her that she was the one that put me there before she left for vacation but again every time one of those three FRANK, HOLLY, or KELSEY Farrell (MIT )tell her something she goes off there word without asking me or anyone else about there side or what happened and I've been through this with her before Frank Holly or Kelsey can do no wrong whatever they say is right even the lies that they tell even when they feel like they don't want to train you or do something she ask them they put it on the new employee like I just being difficult to train .. but I have seen her do this my first week here after huddle she told us all in our MIT meeting for our evaluation purposes we need to put in a jasper on HLD this was before I knew why a jasper was when I found out it was a complaint against another Dept. I seen why those 3 were the only ones always finding issues with scopes and complaining so much but composing and conspiring a plan to get Dahaun Coody fired for HLD. Ty wanted no parts of this so I asking justin Schroll do we have to do this he said no it can be against anyone it does not have to be. Just HLD but it is part of your evaluation so if you do it you can add it to your evaluation and it looks better for raises ... I was shocked Jeanine and her 3 were doing this so was Denise and another employee who said they refuse to help them make it hard for another person let alone make her loose her job. Once Jeanine seen were did not agree with her plan she began to let the 3 start harassing me .. and when I brought issues to her she alway just brush them under the rug or try to make it my fault in some way but NEVER to let her three feel as she was against them so she just put blame on me as how I could have done my job better or handled it better
- HARRASSMENT/ HOSTILE WORK ENVIRONMENT #3
- 3/15/21 Things have already gotten worse again it's the same way she (Jeanine) doesn't know my job she forgets a lot she asked me to do things and then forget about it and then when someone from those three comes to her she comes back to reprimand me or the other person for them and I have to remind her this is how she set it up for me to be somewhere this is really frustrating because when you remind her she's like oh But just try to cover it up she never says I apologize ,that was my fault, or you are right ,it's very frustrating for me the work Environment is very toxic I work around Bullies all day I am not the only person that feels this way the other person Rose Cardino (MIT but Vietnamese) denise smith (MIT black) for a while until they started kissing up to her .. however Rose feels the same way she's just a quiet person and scared to say anything Its hard to work in these conditions so I have to say something another person just quit because of the same conditions (Donna Carmon) when she left she gave me a letter she wrote on her exit and it was about the harassment Rose,

Denise , and I have been experiencing and how we are being treated plotted against and how this has been done to several other new employees (I have that letter attached )another person was fired months ago another black young lady for the same conditions I am speaking of

- Things are only getting worse just on Monday 3/29/21 she (Jeanine )opened up with a meeting stating that we all need to work together and be a team player and not be late for breaks or lunches and on time for work and being there at huddles how we should treat each other as coworkers and I let her know I have been doing that during meeting I'm doing all of that as well I help out everyone at the end of the day I make canisters for the whole team every day I go and check on everyone at the end of the day and see if they needed supplies for their rooms and go get them supplies if they're needing them I'll give them the extras that I have left over After stocking my own room I take everyone's laundry and CO2 tubing or break down there rooms if needed she (Jeanine )says that you're not supposed to be doing that everyone should take care of their own room I said that's fine I understand I was just trying to help the team out .but then later on in another meeting said the people who are on late shift (me denise and rose )are to bring scopes down and make sure all the rooms are broken down at the end of the day … you see her 3 don't tell her all the good I do only the lies when they don't wanna do something or when they feel I should have a break and when my breaks should start and stop . Those are the things they report so when she brings things she doesn't know I let her know I am doing all those things and more then she again looks over that to shine on all the terrible things they are saying . Frustrated again .!!they make this place very hard to work to work with them. (Her 3)

- 4/5/21 She (Jeanine )says today your with Frank for this week again Rita I said that's fine I'll get with Frank in the room 1 and the start of the day after the first case I remove the scope to take it to the scope closet and Grab the specimens to take them as we always do after a case but he (Frank) (snatches) them from me saying after you've been checked off !! he says I'll take care of those . I have been taking them before but I just said OK so it wouldn't be a fuss so for the full day I did my part which was teching (which means I stand by the Dr amd hand him what he needs and I won't touch the specimens for the day .so I'm standing by the doctor to tech and I just did not grab the specimens anymore for the next case I just tech and cleaned the scope as I have been doing for months (The scope cleaning process that is )

- 4/6/21 Tuesday I had the first case so I did the same thing as the previous day I did my tech job and take the scopes out at the end of the case after cleaning it came back from The scope closet Frank says you left the specimens you're supposed to take the specimens with the scope and then THREW them on top of the scope at that I was taking out but at me ! so I took the scope out and took the specimens .. without saying anything because the patient was still in the room when I return I pulled Frank to the side before another case even started there was no patient in the room and I said hey before his case starts let's have a lil one on one he says what's up I say yesterday you told me not to take the Specimens all day I didn't take them out because u said I had not been checked off on that yet now today you say I left the specimens I'm just doing the same thing you asked me to do yesterday I need some consistency if I'm teching and I need to know exactly what you want me to do what part of the job to do what's consist of teching ans what consist of scribing ..cause your even setting up the scopes and I thought I was to do that on every case ? So just let me know cause I'm still not understanding what all has been done or what needs to be done yet I am not fluent enough on the job to know what steps have been missed if your doing parts here and there or what I need to do next .. i'm just not familiar with the entire job yet ..a little communication and consistency is all Im asking he says I don't know what u want me to do and he gets frustrated and tells me well we just do everything we just help each other do everything I understand that but I don't know what everything consist of yet or what you want me to do when I don't know everything yet .when I work with other people they do different parts and explain to me what part they want me to do if I am teching or scribing so he gets frustrated again so I say look we can just talk about this a little bit later cause I sense he was frustrated and he says I don't need to talk about this later cause Corrine Purnell (RN) was coming in to set up for the next patient and he was raising his voice at me .. so I said OK ! Corinne was standing there as well but she wasn't paying attention to much so I walked out To find Justin Schroll ( manger )to talk to him maybe he can help us out cause I want getting anywhere with Frank. So I went to justin as calmly As I could but also frustrated and told him what happen when we got back in the room to talk to Frank . Frank said so what you do go tell him I said yes because this needs to be sorted out before our next case and that's when I tried to explain to them both that I'm supposed to be teching this week which is what me and Jenine discussed Frank ..Frank said I just told her to take the specimens and she left them ! that's when I got upset and I told

Justin happened and told Frank that's not what you said or how u said it ! you threw the specimens at me and said take them you left them you're supposed to take them after yesterday telling me not to take them and I need to be checked off....I did not raise my voice however the doctor came in one of the patient started to come in so Justin said we'll just talk about this later at a later time for the rest of the day just let Rita tech and stand back next to the doctor and try and get this day taken care of until we meet later I said that's fine as soon as Justin leaves and we close the door when the case starts Frank says you stand back and watch I'll show you what a tech does .... I have been here 4 months and watching as well as have watched him, worked with him ,helped clean every scope for every case, as well as teaches ams scribed with him and several other MIT's I have worked with so I don't understand why he thought that he can go above what justin our manager says and try to shove me to the side while we're in a case with the doctor to show off again..again as if I don't know my job and he is perfect I couldn't take it anymore I need a break I texted deNiece smith ( she was assigning breaks this week ) and asked her could I take a break she came to relieve me for break so I went straight to Jeanine and justins office and let her and justin know what was going on .. Again Jeanine never said to Frank that was wrong or disrespectful for him to throw the specimens at me Or for him to treat me this way justin shook his head and held his head down saying oh my God And replied that is not what I told him to do when we were in there and then Jeanine brushes over the conversation of course saying that she surely knows that he did not mean to do that he would never treat anyone that way maybe I took it wrong she knows for a fact he is a good person and would get out of his bed at any time of night to help anyone of his co worker at anytime .. but I've herd her say this before about him to Denise when she had a problem with him yelling at her . she (Jeanine )wasn't in there so this is not what he meant and she's for sure I am wrong was her response ... I was disrespected again by Frank and it was just overlooked again! I was upset and started to cry .then I said look I just need a break I haven't took my break yet I came Straight here to let you know what was going on to see if we can fix this before the day end . and all she could say was it's OK go ahead and go on your break I said that's OK I'll just get a bag of chips and I'll just go back in ...then she says no go to break so I did I still didn't stay gone or Even finish the chips I bought I just said prayer calmed down and went back in Soon as I get back in again there's no patient cause the case I left had just ended Frank says come here let me show you something Walking towards the computer I say sure what's up he shows me the time he says look brakes are 15 minutes I said I know how long breaks are but I was talking to Jeanine he says that doesn't matter I said what do you mean doesn't matter she's our manager she told me to go to break after we talked so I did he still said that doesn't matter I said OK whatever Frank so now he's really frustrated and so when the doctor walks in he now wants to talk about what happened earlier after telling me there's nothing left to talk about later he says trying to reiterate to me he now tells me how we work together here and what my job is what we are to just do everything for each other I tell him look let's just Discuss it later in the meeting jenine wants to meet with us later anyways let's not talk about this now ,I don't want to get all upset and frustrated before the patient comes in let's just let it go ..he throws his hands up and said I'm done while yelling at me ...So after work at the end of the day we have our meeting and I explain to them how things just got worse throughout the day and I just ignored him and stood back out of his way while he showed off for the doctors so I could just move on about my day . But I tried to let them ( justin and Jeanine )know how he tried to tell me about how long my brakes were and I had to let ALL of them know during this meeting that Frank is not my boss or manager he's my coworker and again Jenine say he's your preceptor I explained to her and justin I understand he's my preceptor but NO ONE is to yell at me and throw things at me or disrespect me! I will NOT put up with that type of behavior I've been a medical assistants to instructorover 23 years of life and I teach me students NOT to put up with this type of behavior from anyone a doctor or any coworker ! So why would I allow this! This is unprofessional amd no way to handle any person let alone an employee or coworker! This is hostile behavior! Amd I won't stand for it !! This time it's going to far ...and to get notices to open eyes!! However you are my boss Jeanine so when Justin told us to do something I did that he (Frank)change the plan as soon as the room door closed wanting to be a show off for the doctors ..and show me as he said before they can't or do not do anything to me ! I have to constantly remind him he's not my manager or my boss ! So what justin told us to do before the door closed but he just let that go right over his head so the result from the meeting was I need to let a new receptor know what I am doing previously with the last tech cause frank said this is how he teaches so I have to learn things the way he teaches them.. which I know is not right me being a medical assistant instructor for I've 20 years I know there are different learning styles that u must be capable to adapting to n order to be able to teach or be a preceptor cause u must cater to all learning

styles no one should have to adjust there learning style to adapt to a teacher or preceptor for that matter how were these ppl chosen to be preceptors ? they are human just like me to not without any training or patients with teaching a new employee .. so at the end of the conversation Jenine says do you guys have anything to say I said no I'm fine with it I was just done with it I wanted it to just be over since we not getting nowhere again..I said I just want to work and do my job and have some consistency for my learning process tell me exactly what part do you want me to do so I can continue to do it and learn the job that's it's the only reason why I'm here I've got a lot of things going on in my personal life that i don't bring to work with me which Ive already told her about because I had to She is my manager and I may need some time off for court dates so these are the reasons that I let her know what was going on not to be criticize or bullies and harassed when I'm having a hard time .it like I'm being poke that every time she feels like she wants to bully someone Jeanine has constantly asked me do I need counseling offering me counseling I' have told her over and over since my hiring what my situation is and I am handling it and will NOT bring my personal life into work !!as I have NOT done here more any other job I ha e held during this terrible time of grief in my life..I am fine fine I've told her over and over I'm fine but she consistently keeps offering me counseling in our meetings with the union amd in front of people as well as in from of the group of daily co worker who know nothing about me from me ! she offers counseling and I keep telling her I am fine but she consistently keeps doing it Not out of care but more of a badgering and harassment this is another form of bullying I should have never told her anything because now its being so see against me

- 4/13/21 I have even asked her Jeanine before why is it that the only 3 people work in the morning are Frank Kelsey or Holly why can't we ever switch mornings when Denise got here they were rotating mornings why can't we all rotate mornings now even Denise asked her she only started letting Denise rotate mornings when she Jeanine is saying she needed her this is the only reason she was allowed to come in on first ship because Holly or Frank what are vacation and this only happened after we went to the union on her but she still will not allow me or Rose rotate mornings I even asked her why can't We come get in early with the preceptor who is training us she said cause that shift is only for those three I was confused because once she brought on the new nurses to call each with us being trained for MIT position she allowed them to come get n early with Holly and Frank but when Rose and I were being trained she wouldn't allow it .. this is frustrating

- 4/19/21 On another occasion we were having a meeting after leaving the union meeting she wanted to have a meeting with Holly and I cause now she is gonna precepts me and she ask me what is it that I feel like I am not getting enough help in as I was explaining to her the specialty cases are my weak point cause everyone refuses to teach me they are constantly only having me wash scopes but I am ready to live on the feel .. everyone has given me good feed back per you Jeanine so I'm ready to move on.. I was giving her an answering which I have already answered this question from her (another reason we were in the union meeting )but Frank comes out of nowhere jumping into our meeting saying u don't need to know none of that Right now because you won't be doing any of that you'll just be watching plus none of the doctors will let you perform speak procedure anyway you don't need to be trained on any of those procedures because those are procedures that we only do Holly and I .. I replied well why am I upstairs watching with u guys are f your not gonna teach them to me... also if you never let us practice it or show us anything how are we supposed to shine as part of the team or ever learn everyone Should learn them you guy can't be the only ones to do everything and only shine here. how will we ever get ahead or learn if u guys won't give us what we need to do the job or a fair chance to do the same job we All are getting paid to do Jeanine just let him take over the conversation and. Again I had to say why are u here anyway Frank we were talking about me and this has nothing to do with you so again your not my manager so can he just leave . So Jeanine them said Frank be excused and we will continue this later

- Wednesday 4/14/21 I get to work and my name is changed next to Kelsey's it's Wednesday everyone is here why is it changed during the middle of the week ? When on every Monday since I started I was told by Jeanine we will switch rooms and receptors every week but she has not been following that but I have kept track of it since it's my orientation and my learning that's on the line here now I'm supposed to work with Kelsey After doing what she did the first few weeks of my tour . First week here 1/26/21 I was in room 1 with Donna Carmon (MIT) who was my preceptor for this week and I was cleaning a scope in room 1 when Kelsey walks into our room trying to tell me and my preceptor what I was doing wrong with every step of the way ...and how I should be doing things at this point Donna asked her what are you doing I am training her correctly so she went on trying to point out everything Donna got upset so did I donna said to her that's NOT how u train a person by

pointing out all you think her wrongs are .. plus your not even training her can you please just go and let us finish ... Kelsey continued so I said look if I'm doing all this wrong I can step back and let you do it and I just walked away and took my break but went to Jenine first as I'm supposed to and asked her Jeanine what's going on I should not be treated this way she's not my preceptor why is she just coming into our room doing this even the preceptor said this is not right she shouldn't treat you or me like this when we spoke to Jeanine about it she tried to brush it under the table again...and say well you don't have to work with her as of now but you will work with her as she will be another preceptor...oF yours before your orientation ended so u should try and get alone with her ... I said with how she is treating staff??? I don't think that would be a good idea she wants to argue and debate and I don't think That will end up good I don't want it to result in a huge fight I don't want that ...so I have not been with Kelsey this whole time during the beginning of training because of that issueBut all of a sudden today I'm with Kelsey because Jeanine is not here and Holly put me. With her after knowing the issue Holly was outside the door laughing when Kelsey came in harassing Donna and I it's like she wants me to have a problem with someone or to label me as unteachable she wants to make me explode on someone cause she continues to let them agitated me instead of educating me ...so now she wants to meet with Kelsey and I before we start the day I said that's fine we can but I could not find Kelsey however I didn't let her forget I said hey Kelseyis here when I did see. Her .. I let Jeanine know . we need to talk together before we start so we did During this meeting stating that she wants me to work with Kelsey today and she wants me to scribe or whatever and I'm like my job is teching this week and she's like wait a minute not wanted me to talk but I am going to talk! This is about me ! So I asked her do you want me to Do Scribbing still even though I scribbing next week she just looked at me like I was crazy ...I don't know what she wants from me but I. Cannot do the job without direction also the preceptor needs to understand what I need help In and where I am weak and strong as well as keep up with my weekly jobs assigned so I can get competent in my job ...so I asked again and said am I still scribing next week and she's again just looked so I said the reason I'm asking is because if that's what I'm doing then I can start teching this week whatever Kelsey needs me to do Because again Jenine does not know my job The thing is there's no structure there's no way to train a person no one knows how to train a person they just do what they want and go off what they want and no one is educated to train a person even Frank stated during our meeting this is the way I teach I repeat things over and over and over so you get it and that's how you get it in your head that's not how I learned so I'm supposed to change my learning style on the way he teaches just because you repeat things over and over and over and you talk a lot that's not showing me how to do the job however Kelsey says during our meeting is that she just wants me to watch the first case to see how she works which I have also worked with her on several cases when she just comes into my room or my preceptor leaves and says just do this case with Kelsey so just because I wanted to still be inside a case and continue learning when cases are done in my room they either Put her in a room where I was doing a case with a preceptor or the preceptor had to leave so I have worked with her but that's fine she wants me to watch her first case I watched when the meeting was over I went on to do our cases I watched on her first case and just stood back while she did the entire Job. Then the second case started and ( Kali )Kathryn sommerhauser was there Kali Was the RN nurse as the nurse she heard her (Kelsey) being rude to me saying I want you to do it this way ,have you tried another way ,have you looked at anybody else's way ,and I explain to her the way I'm doing it works for me I've been here for months and I've watched everyone and this way I've taken little bits and pieces from everyone and this is what I came up with from the other techs Ive worked with and this works for me she had a little attitude and got a little frustrated but she was OK with it cause it was still correct Kylie even looked at her saying what's going on Rita has been doing this i have been in several other cases with her as a nurse and she has been doing good so why do u have to talk to her like that ...Kali even Has pulled rose and i to the side to say i have noticed and feel like ppl are NOT very nice to you Guys I feel like people are very rude to you I said yes they are and I hate it here I love what I do I love the department but the people are very rude and the people I work with make it very hard for me to learn anything cause they are always mad about something...they are bullies and I've even told Jeanine this I'm tired of being bullied then Kali said well have u talked to Jenine I said yes on several occasions then she said and what ? I said and nothing happens ... rose even agreed by saying they make it so hard to be here for us we don't know where we are right but we surely know when we're wrong so we just have to figure it out on our own ... then Kali said no that's no right hold on imma talk to John ( John Gillespie RN/ tech)then she. Came back saying she talked to John and he has agreed to answer any questions we have it's ok to go to John about anything she has informed him and he will help us

both ... we were so happy we started to talk to John more Often and ask him everything he even showed me how to get to my yellow belt info and print off all the info for my classes which I never got a response to from Jenine like many other emails however I worked with Kelsey for the rest of the day and at the end of the day Kelsey give report to Jenine me and Kelsey worked fine today because I just sit back and let her do her I'm just getting frustrated in this position I need to change departments since the people in this department won't change or give me the info to do the Job correctly or successfully.I Would like to change departments but I won't leave the VA I even went to Kelsey at the end of the day to let her know I appreciate her help and I appreciate her just tweaking my technique to be better I thought we were working good together until she started to be a show off in front of Kali but Kali was not gonna let her get away with treating me that way ..KaliWas also there another time when Frank tried to make a big deal out of the CO2 tank An issue. I made a mistake and put it on backwards but Frank tried to make it a big deal saying it's torn it's messed up it could never be fixed he's going to tell Jene that I broke it and so on and so forth Kalie Heard Frank walking back-and-forth making such a big deal out of it very loudly so she said let me see what's wrong with it looking at me and rose and he said you guys broke it I said no it was not rose it was me She said I see what you guys mean he's making a big deal for nothing this is not broken I can fix it Kali fixed it right away and said Frank calm down it's not a big deal it's fixed he was very upset they Kali fixed it all she had to do was put it on the correct way and show me she did that and they continued but he is my preceptor he should've done that isn't making a big deal this is where everything goes wrong every day That was another time when I was working with Holly and the doctor ask for a different scope during a procedure Holly told me to go grab it I'm not familiar with all the scopes yet however I see Frank I'm the scope room while I'm there so I asked him What is the visual difference in the linear and the radial scope I was told there's a visual difference and I just don't remember if you can tell me that way I can take the scope back to the procedure so Frank goes until there's a long drawn out spiel of education over the history of the scopes which I don't have time to listen to because the doctor is waiting for the scope he never even told me what's TheVisual difference that I asked so to get him to just shut up and grab a scope and take it back hoping it was the right one brought the scope back and it was the wrong scope now Holly is mad the doctor is upset So Holly went back and get the correct scope but of course now without telling Janine that I grabbed the wrong scope and of course Frank went and told Janine that I would not listen to him and I grab the wrong scope this is very frustrating do you know if Janine also brought this up in a union meeting without even asking me again my side of it saying that I'm hard to work with I won't listen to Frank and I won't listen to my preceptors amd im not learning what I was taught but I never was taught the difference in scopes I was just given a book and told to study it which I was and have been reading from time to time when I have time this is how I know there was a visual difference in the scope just cannot remember what it was

- Amother issue was today for 4/21 I had a webinar to do at from 1200 to 1 and I showed Jene she wanted to see it to show that I was not lying so showed her while sitting at the computer on the calendar and she didn't know if she wanted me to do or not she's just said oh we will do something to make sure you get those all and I said they only have four more for the rest of the year and I need to attend them according to our expectations she says no worries I'll make sure you get them done just go back and Finnish up the procedure and log out of there and go back into your procedure u can finish it later I said ok and that but I misunderstood The part when she said you can do it later so Around Time of the webinar (she talks in circles so I went back to her again and said it's )1200 should I start it now she says no we will get some done as a group don't worry about those So I'm just hoping during the time we have a evaluation that does Not fall under death ears as well ams that is ends up being my fault as well

- Because the first meeting that we had after her putting me with Holly which she didnt want to train me Justin even said he did not agree with the fact that she would not let was trying to get on. Me for doing my TMS when I was just left by Holly . when I did let them know where I was when she texted me also let the charge nurse know as well which Jenine said communicate with the charge nurse at all times so she knows where u are .but Jenine know where I was Cause Holly told her I was not up there with her because how would she know to text me at the blue saying where are you... but Holly never told her she left me and she's been leaving me. these are all issues that I'm having in my department they need to be addressed I have nothing to do with em This department needs to be on a strict evaluation from the manager to the techs .. Find out personally how the techs feel. Everyone outside the of there group of 3 and Manager Feels like this is a toxic environment Any tech who is not white feels this way or has complained at about this same thing

- Yesterday Date 4/29/21 another reason why I have to get out this department Rose is in room one this week Frank comes into the room and takes her dilators from her and puts them in the box telling her she does not have to clean them when this is not his place we all know we have to clean every instrument the the doctors use inside the body of a patient you don't just put them inside the ben however Frank comes into roses room takes her dilators put them in the bin without cleaning them and tells her you don't have to clean these after she asked him what are you doing we have to clean those so Rose goes to Jenine to inform her of what Frank did and also to ask her did we change protocol for cleaning dilators and she said no everything still the same so Rose told Her about what Frank did ..Frank was not addressed for it was not penalized Frank was not even talked to about any of this he makes sure Jenine knows and we are repermanded or even spoken to in huddle about it like she does us ....but he is always telling rose she must never make a mistake she must be perfect like him when she brings a mistake to his forefront that he made it's a war now so Jene tells Frank with roses and all day Frank has been harping on Rose to do something wrong everything that she does he even came in her room in her last case and told her you didn't take your scope out before you went to lunch that's not what you're supposed to do Frank is no one's manager and I've had to tell him this before concerning me. as well why does jenine continue to let him harass and bully the other new coworkers like this ??I don't understand it but we had to inform Frank that was not her scope that was left behind Holly left the scope behind once he found out that it wasn't rose he just walked away not going to Holly to make a big fuss like he did with Rose this is bullying number one toxic environment And the supervisor just stands behind him and does nothing

- Another situation I had just last week April 22 I am on call so I stay late to make sure everything was taken care of as we were told late staff is to check on the other rooms after everyone leaves we are shortstaffed so we don't have every room open but the rooms that are open some people leave early however I am on call so I am to stay late to make sure that everything is taken care of and shutting down the rooms and getting them prepared for tomorrow as well as scopes so I stayed a little late over an hour on Thursday I got an email stating that why was I saying late what's going on however on Friday the following day I left early at four and Frank stayed over an hour he was never reprimanded he was never ask about it while I had to give details on where I was and why and who see me and what was I doing when I'm on call this is ridiculous it seems as if they don't want anyone to get paid but Frank/Holly it seems as if they don't want anyone to get advanced cases or take adVance cases except for Frank this is getting frustrating for not only me for another coworker (rose)as well one has already left because of this Donna

- I even had to tell her during this meeting cause she brought it up again today it's NO proof only hear say from her staff I told her during the meeting with the union all these lies being spreader to you from your staff shows they are just that lies my actions speak for themselves. I am not here to cause problems I'm not late for breaks I'm not late to work everyday I'm not late from lunch this is what her 3 ppl from her staff have informed her of constantly cause they can't frame me for anything that can be seen so I said but when I am late for work I inform people to let them know I'm going to be late and I have the time to cover it so all of these allegations from your staff are just what they are allegations I make sure I'm not due to the staff u have watching me and trying to frame me I'm no fool like in the union 2nd meeting with the union rep she wrote up a list of allegations from frank and Holly that were not true and only half stories only getting there sides then brings it up in our union meeting saying she has asked the entire staff and they all say I'm hard to work with again NOT true she lied on me at the meeting to my face NO ONE was asked except her 3 ppl I asked several co workers how do they feel I'm doing here and do they feel I'm hard to work with or get alone NO one said this they all said mostly the same thing u barely talk to us ..and said she never asked them...

- later on during that week working with her (Kelsey)during specialty case I have never done she didn't tell me what to do but dr Kohli did (FNB )got bile almost sling into my eye but on my face cause there was no instruction in what I was doing .. but I was wearing Ppe and it only got on my forehead but 1 week later after I took off the next day for a few hours to go make sure nothing could happen to me at my drs office then I was called into Jenines office and she addressed the issue by asking Was I wearing PPE and did bile get into my eye as if this was my fault and I informed Her I was wearing PPE and it only got on my forehead she continued to say she was told I was not wearing ppe I told her I was she can even ask dr Kohli then she laid off but this was almost a week later then she put it in a email never saying anything to Kelsey for just letting me go and not assisting me on what to do In there .. I even had to tell her during this meeting and I thought me and Kelsey were working fine up until I had to let her know that the bile wouldn't have gotten on my foreHead has she told me what I'm supposed to be

doing she just in there watching but not giving instructions when I told her I have seen it done but have not performed it again I just have to figure it out myself but this was another time then I took off for a doctors appointment because something happened at work and Jeannie knows this but she still wrote it up on her report what time missed but these are times that she approved not knowing or caring what they were for at the time

- HARRASSMENT/ HOSTILE WORK ENVIRONMENT

Today 4/30/21 they are making a big deal about a scope being reprocessed and dee dee just got here when holly and I went to ask her to reprocess a scope that she did t even know about because it was not brought up on her shift holly gave her attitude asking her to reprocess it yes de de was on the call phone when we walked in but holly never gave her a chance to even address it holly just told her we need that scope repriicessed for a case at 930 and it's in the dirty side. Dee dee said ok we just got here but ok and holly walk away with a attitude went directly to Dr telling him like dee dee did something wrong which she didn't she only told her ok we just got here and of course he told her to inform Jeanine so she did but walked around with this terrible attitude while everyone asking her what's wrong now the poison is starting to spread like wild fire cause one of their favorite ppl is upset over nothing ... I gotta get outta t ! Which brings me to when I first started here my first day

- I was late on Monday 4/2/21 and I texted Jeanine as I always do when I'm gonna be late as everyone does .. she never responded but once I got here I had a email stating I need to use the call in number when I'm gonna be late or absent for a shift however she never provided a number on her email so I asked a lot of co workers and they all responded with we just call or text Jeanine or Justin we don't know of a number .. so I emailed her back stating just that I am asking if she could provide me the number
- 5/5/21 Today in huddle meeting before we start Working Jeanine mentioned the call in number but did not give it she said yes if we need it let her know also if we are 10 to 15 min late then just texted her or justin

Tangible employment action is what Jeanine is doing to meJeanine makes this a hostile work environment along with her 3 supporters Frank , Kelsey, Holly Oliver ,

- Yesterday May 11th i've noticed that this whole week starting from Monday Holly has felt a little frustrated with me I don't know why but she has been seeming like she's frustrated with me by doing things like not explaining things to me just letting me do things and mess up and then wanting to call me on it or tell me about it afterwards if she remembers and that's not how she's been doing she's been doing great with me she wants to ask questions then I give her and answer right away like she's quizzing me about things when I have asked to not just stand there and let me do something wrong let me know then and there so that I can do it the correct way and I know that this is correct because if I'm doing it while I'm thinking I'm doing the right thing if you're not saying anything and then quizzing me about it later later I may not even remember which case you're talking about or what I did so now she is frustrated when I explain to her this is how I learn hands on and reading the steps so can you just tell me what I did or what I missed when it happens because I may be forgotten a step sometimes here and there and she just said OK well I'm not gonna tell you but then she went on to question me again OK did you do this did you do that so then I just said ok I understand I see where I messed up mow so I won't make those mistakes again these are small mistakes that she's made as well but made sure to point out while I've been with her but it frustrates her for some reason if I make a mistake but she has done it also and I remember so I just fixed it for her without saying anything so I feel like she's getting frustrated and genuinely a person would if they are not really a teacher Or a trainer and they are doing a job as well they're trying to do the job as well as try me at the same time during cases there is no one on one without a doctor or without a patient Holly frank and Kelsey are techs not trainers they are human as well and this job is frustrating enough so do you have to train someone while doing this frustrating job is very hard I understand that this is why I try and let them know what's best for me so that I can be done without being so hard on my preceptor but that gets her frustrated we're shortstaffed she's being pulled in different directions so I understand that however yesterday when she was still feeling frustrated with me I kind of just stop asking her questions then the end of the day I'm on the computer she comes in the room while I was still in the room and asked me what was I doing I told her

that I was looking through my emails to find the email for yellow belt and trying to find out who am I to email when I'm on call to let them know cause Denise is not taking my on call this week I will do it myself so I asked her then she told me that well have you gotten your information back from Janine for Pentax which is something that me and her went over and over cousin Holly was training me she kept telling me to login to Pentax and I told her I'm waiting for Janine to give me my login so I said no not yet I still haven't got my information back from Jenine yet and now she's frustrated about that why ??? She said you can't login without it I said I . understand that … then Holly said but we've sent Janine emails over and over about that yes even Holly has sent her a email about it .I told Holly she said she put a ticket in and there's nothing that we can do but wait so I'm looking through the email she says will look here to see if there's any extra email that's that maybe you missed so we looked through the emails and there was nothing she them said email her again cause we need it plus she always forgets so I asked her at that point does she know who to email bout my On call She said to email the switchboard concerning my on call timing . and she said there's no email for them .. so I said do you have the switchboard information can you show me how to get to that that's when she said you can just email Jenine and Jenine will take care of it I said no I need to do this for myself that way it takes Janine out of it and it's my job to do it so I wanna take care of it myself and I know it's done this is important to me it's my paycheck And that's one less than she has to worry about when it comes to me Then Holly says will go to your time card I'll see if I can help you find out who to email so I go to my time card and she's looking at my time so I'm asking her why are we in my time card when I'm looking for an email she gets frustrated again and says

well Rita I don't know what you want and she walks away saying I can't help you but yelling I'm like what just happened I'm not gonna help you I've tried and you don't want my help and walks away and throws her hands up I explain to her as she walks away I do need your help it's just that I'm not needing to go into my time When I'm looking for a email so she gets an attitude and walks away so I walk away as well and go to my locker to get water and walking past as she yells you just emailed the nurse manager and I said OK and I just walk away then I go to clear my mind for about 20 minutes then after this happens and I come down I go to Jenines office and I asked Janine if she can give me the email for the switchboard automatically I can already tell the energy in a room was with attitude so Holly has already been here ./she just looks at me like a deer in the headlights and says I gave you the number I sent you an email already giving you the number I said that's the Call I'm number that you gave me I'm gonna need the switchboard number or email so that I can contact them about my on call she says OK I'll send it to you by email before I leave I said do you want me to just leave you a small sticky note so that you won't forget just as a reminder and she looks at me and just stares so does Justin so I say I'm not trying to be mean or anything or rude I'm just saying that I know in the past I've sent you things with by email and you've forgotten or I've had to email again or remind you and that's ok I' just need to make sure this is done cause I'm taking my own on call instead of I just wanna make sure the right person is paid again she just sits there and ignored me so I just walked out her office But this also was brought up in the union meeting saying she was on a call and I barged into her office first of all I always knock I did not barge into her office second of all she told me to come in if she was on a call then she shouldn't have told me to come in

- 

Came to work today 5-13-21 and answers to my past emails were answered and Jeanine talked to me at the end of the day concerning and incident that happened last Friday when I worked with Kelsey and dr koli
The incident I previously mentioned about the bile getting into my face however this was a week later after I had already took off time and went to the doctor on my own

Today were suppose to meet with the union
Issues

6/14/21 when Frank was suppose to check us all off Denise rose and me on scopes cleaning Frank completely disregards what Jenine and justin tells him to do he just does things how he wants to and they let him .. but this day he was supposed to check us off on scopes and Jenine informed him in front of us He is to perform The scope cleaning and then he's to check us off however he comes in with this attitude oh I'm gonna do it how I want to do when you guys have to learn from me …. But he completely disrespects us all we're asking questions during the time we are performing disco

cleaning and he tells a straight out and disrespects us all by saying if you can't do this then u don't belong here you guys asking to many questions

It's not rocket science Denise. At this point I told him that is NOT for u to say or your decision u are supposed to be Demonstrating how to clean the scopes and then checking us off so Denise was upset

About how he talked to her So she walked out saying I'm so tired of him feeling entitled so I went to Jenine to let her know this is not working out and what happened she asked me to find anise I couldn't find Denise so I went back to finish being checked off can I tell Frank in rolls what do you need and said that she's wants to have a meeting with us all During the meeting Denise Did come back However Jenine I'll be told frank to apologize to Denise and so he did not to apologize to me or rose only Denise then she Proceeded to ask Denise did he say what I told her he said as if I'm lying to her and Denise told her yes he did and she still proceeded to ignoring the fact of how he disrespected rose and I

7//15/21 Another incident was just two weeks ago when Rose

was on call with Frank and Frank left rose in the middle of a procedure (a bleed)knowing she did not know how to do the procedure as she is still on orientation Rose stayed to finish the procedure and got help for the other nurses that were there and then she emailed Janine to tell her about it still no repercussions for Frank only rose which now she's back in orientation having Frank retrain her


8/3/21 Jenine pulled me into a meeting to talk to me about the time I've been taking off in the morning and in the evening this is when we do not have cases going on. Or not doing anything in office in our unit this is why I scheduled those times to take off even when the bile got slung into my face I took off two hours the next morning to go to a doctors appointment to make sure I was OK nothing was said then and I discuss this with her because in the morning for two hours we're not doing anything in the evening from 1 to 330 we're not doing anything so my time taking off at those times for doctors appointments or what have you and it is my time to takeoff long as I have The time to cover it ..most of the time I was taking off because of the harassment who wants to sit around and be harassed two hours in the morning to three hours in the evening this is weighing on me I am human )she states this in the meeting that this can result in termination of my job and also putting me back in the orientation for longer than a year (

And the reason why she stays this is because when we were in the meeting with the union I told her look it's fine if you guys don't want me in your department just don't mess up my chances to be here at the VA I will move to a different Department after my orientation tour is over but that stuck with her because she's trying to fire me and make a case against me before my orientation is over so I cannot move to a different department this is torture past harassment this is torturing me mentally then I did let her know that the trial is coming up so we discussed a try a little bit she says it should be more than a week I said it should not be more than a day I cannot take a week of this... The case should be open close case hopefully then she proceeds to tell me that I need to use the counseling services that Were offered to me ...let her know I already have a counselor for the personal issues that I'm having which I do not bring to my workplace she states well it's there if you need it and you should use it I said ty but I'm good anyway

Then she said I have used it with my boys

Girls on to explain how she gets 3 free visits I said I understand and it's probably a good service to offer but I don't need it which I continuously keep telling her to stop offering me counseling services I have done nothing to show that I need counseling even in the union meeting she continuously offer counseling even have a union rep asking me however I have not use the services because I do not need the services now it's becoming to be more of a badgering thing with her and this counselor it's like she wants to pick at me about my personal life ..... this is heartless so I said to her Anyhow I'm not sure that goes into CPRS or somewhere in your file and I don't need anything else tampering with my job then she proceeds to tell me no one would know about it and she's used to services then she puts all this in the email and send it to me even the services again (same day) my issue with this conversation is not on either badgering of this employee services but also she's the one that has been telling me to put my time in SL She even show me hell on several occasions saying that I put it in wrong and just to use sick leave so I have been doing it all the time and she has been improving at all this time on several occasions I followed her direction I'm putting in time the way she told me to and now it's a problem ? This is when I went to EEOC and put in a complaint this is gone too far now


8//9/21This week I am working with Denise she put me back with Denise saying that she will keep me with her for my rest of my orientation but in the beginning she took me away from Denise saying that she cannot orientate me she only wants Frank and Holly to orientate me but she took me away from Frank and Holly cause they did not want to train me

from the beginningwater because every time I'm in the room with him Frank leaves out and says you're not supposed to be in here but now I'm back with Denise this week and basically for the rest of my orientation she says which is fine with me I don't care I just need to be oriented however this week Denise and I areSupposed to be in room 4 because we were just in room three last week and we are to rotate rooms week by week is what we were told to do from the beginning of my orientation

And what they have been doing way before I got here. but someone (Holly) put on the board to put us in room one and this is not the correct room But hollly does whatever she wants and this week she does not want to be in room one because room one has all the patients and she's going on vacation at the end of the week so therefore she wants to have a light week so she changes rooms whenever she wants to out of rotation

so Once I got into the room with Denise I asked her what happened how we get into room one and she says I don't know some people here have the privilege to just do whatever they want to do around here (speaking of Frank and Holly because those are the only two people allowed to get here at 6:30 in the morning unless they are both off then she will have Denise get those a hours )and wrote on the board that we're supposed to be in room one and change the rooms around Holly and Frank are the only ones that get to choose what room they want to be in and what weeks they want to be in and don't have to follow directions like everyone else I don't understand this so I got into the room where Justin a supervisor/ RN was along with Denise amd said out loud thought we were supposed to be in 4 this week what happened Justin just ignored it as me and Denise talked about it saying I guess people just do what they want to do around here and there's nothing we can do bout it ....nothing Else was said

We just stayed in the room all week and did the work

8//10/21On Tuesday of this week I was 10 minutes late after our meeting on Friday coming into work I got there at huddle that morning and Janine was directing it she gave me a very dirty look and everyone else started to look at me then after the stair down then she told me to make sure I put in my time I said ok...then after huddle again to make sure I put in my time I said OK right away this time .so I proceeded to go and put in my time the following day she was not here on Wednesday however on Thursday she did return and I got an email stating that this will cause me to lose my job basically for 10 minutes late not even 15 minutes late however every time you're five minutes later she wants me to put in time for 15 minutes this is happened several times but I understand that is how the clock works but other have been late on several occasions and nothing is ever said to them or no dirty looks are given to them ...but today I am fed up and went to the EEOC I had to make a complaint This time I cannot let her continue this Discrimination and harassment

8/13/21 Today is Friday and huddle this morning but Jenine was late to huddle she got n huddle at 7-Eleven as usual unless she's trying to make sure that someone else gets in trouble isn't late also .... Me rose or Denise ... however I was there and John one of the nurses came in exactly when she came in at 7:11 late and she just looked and kept moving around them started talking about huddle she did not say anything to him or give him a dirty look she made it so obviously this is just not how she treats the rest of her staff so it's me Denise and Rose now I'm not even sure if it's Denise anymore because she uses Denise for

Jobs that Holly / Frank don't want to do and she made it a point to treat Denise better like she is part of the team... So during huddle Jenine tell everyone that if you need employee assistance it is there for you making sure everyone understands employee assistance is there for everybody if you need to use it why bring this up after our conversation???then says there was a question that was asked to me about CPRS would it show up and she wants to assure everybody that it will not show up in CPRS if you use employee assistance why does she have to say this everyone has been here long enough to know of employees assistance ...knowing that was only directed to me this is how she does on several occasions and I am fed up !!!tired of the discrimination and harassment not only did I know what she was talking about but so did rose because we have gotten close through all this discrimination.... So everybody was confused started asking questions like why are u saying this ???what is going on ?? why would you tell us about employees assistance one person ask then said os there something going on that we need to know ??is there something that we need to know about??! and she just brush it off saying I was just informing you guys Rose and I realize she didn't say names but everybody knew it was directed towards someone especially Rose ! Rose came to me afterwards and says are you OK she shouldn't have said that In front of everyone that is unprofessional

she should have pulled you into the office I said I know it's ok but this is To much

8/13/21 Later on in the day about 230 after cases were done I looked at my emails and I got an email from Justin including everyone telling them about being late the same email that she gave to me on Thursday when she got back now Justin forwards. The same email to everyone else in the facility when it should've went out to everyone else from the beginning !!! and not just me again this is discrimination and harassment as well she'll calm down long enough just so I cant use what she has done to me against her .. but her staff frank n Holly would be trying to poke at me for small things. So I just stay with Denise my new preceptor and continue to learn what I can from her and Rose as well as the other staff ... Cindy is a rn from the floor who also is a tech and knows how to tech well . I have also worked with her on several occasions and Jenine also said I can can be placed with her but holly is retaining her but while holly is gone she runs the room alone and Jenine has told and emailed me I can have Cindy check me off as well as Justin or leah but Justin is always busy leah is never I'm our department except for huddle .. so that only leaves frank and holly but then Jenine will come to me in person and say Denise name is not good enough for the Check off so holly or crank need to check me off behind her name .... He has even told Denise she can check me off while I'm with her so Denise did start ....then she emailed me saying she does not remember saying that ..... frustrating!! three months of the complaint wont stick ams she knows this so then she'll start over again it's not any way. Any supervisor or any manager to handle things or handle a employee Discrimination is real here at the VA and I am a victim of it and I am going to have to obtain an EEOC lawyer from the outside

8/16/21 Monday katheryn came to work after Friday her mother passed today she sat in our huddle sobbing about the death of her mom very visible in front of us all ... nothing was publicly mentioned about employees assistance then or how it should be utilized like she did me on just last Friday and huddle started at 712 am this would
Have been the time to mention it ... but she loves throwing rocks at me then hiding her hand also Denise went to the board right after huddle to make sure we were not in room 1 again cause somebody didn't wanna work ... of course nothing was change Everything was still there from last Friday no one had even touch the board like you did on the previous Monday
That's because rotation of her being around one has already moved around so I Seen Denis start to change the board but Jenine took the marker from her and erased what she was writing then Denise told her just changing it ... it's still from last week then she apologized and went over the rooms ams who should be in there but again she doesn't do this when holly changes the board to any room she wants to be in ...


8/18/21 So today still with Denise and we don't have any patients In our room so she asked Frank if I could watch a special procedure (endoflip) since he is retraining rose and showing her he said yes so I went in to watch ... he was completely different with her now how calm and how he let her actually set it all up while he just directed her Which is what I've been asking for the whole time I've been here hands on some
Consistency and direction You can tell by the way he was training her someone had said something to him because this is not the way he normally treats us amd NOT the way he treats me either .....and of course Janine is not here seen her leaving yesterday at 2:36

Today is Friday 8/20/21 and I was here on time but forgot I did not have any scrubs to wear today due to they are dirty and I need to drop off the Dirty ones which I usually do on Fridays after work yesterday I noticed they were a little bit dirtier than usual (we use a scrub machine so I went to get my scrub card ) but noticed it's not there it must have fallen from behind my PIV card ... so I go downstairs to the scrub department ams they are not open yet it's only 703 so another guys was there as well he said they should open soon and we can get our scrubs I waited for about 3 or 4 more minutes but I know huddle starts at 708 and we are to be dressed for huddle as her email said but I have no scrubs ... now the older guy is coming down the hall I see him but I'm on the way back upstairs cause I don't want her to say I missed huddle or I was not here ...say hey I need scrubs but I gotta
go to huddle I told the guys and I will be back after that he said ok . So I went to huddle got there at 709 sat on the outside cause I was not dressed for work I had on my street clothes, I didn't want to be put on the spot with another dirty look so I just sat by the lockers ams the scrub machine still listening to huddle she discussed The dilator should be coming down today she also discuss how we should make sure we put an timer for going to be late also about Dr pandya"s birthday luncheon .cherry discussed how the eye in the sky is looking at us so we need to be on their best behavior corrine said something but I Hardly could hear her

It was also discussed in the very beginning about a conference lunch and then we can go to In September on a Saturday so I was there for huddle I just did not want to be put on the spot by her again ... so soon as huddle was over I walked right in and up to her she said where were u I said sitting right there she said I didn't see u I said u

Did not hear my keys jingling I was here I just didn't want to come in the huddle but no scrubs on I left my scrub ex card somewhere I have no idea where it is it's alway behind my badge so I can't get scrubs without it and I explain to her just what I did i went downstairs to get scrubs came back upstairs but huddle was already Started but I didn't want to come in the middle of her room without my scrubs because your email says we need to be in scrubs at 7:08 I was here just not in scrubs she says what time did you get up here I said I don't 709 but I was downstairs I came right up when I seen I couldnt get Scrubs right away She asked then do you have your piv card I said I have my piv card but I don't have my scrub ex card to get scrubs that's what I'm saying I don't have my scrub ex card is why I sat over there she said I will I didn't see you but I did hear the door I said that was. me at 7: 09 or so she said it was wayyyy after that I said no cause no one ever came in after me I was the last open door and I was at 7:09 she then said ok we will talk I said ok can I go back down to pick up scrubs now she looked confused them said wait a min we'll go ahead so I did them came right back after I got dressed she was still here talking to the nurses and Rose after huddle so I walked over to her to ask her where she wanted me for the day since Denise is not here today she said she but I never got to ask that question I asked her if she want to talk to me she says yes I want to talk to you discuss your orientation how's it going I said OK what time she says she she will come and get me I said OK went to my room today in my time for 709 and seeing that was a meeting scheduled for us today at 8 o'clock with me and her but she never does this and every once in a while schedules meeting by Email unless it's something she wants to keep a paper trail for So I went to the office to talk to her she was not there I finish the case we have going on and I went back she was not there and I seen her in a half and I was in my room she still hasn't said anything to me about it the meeting so my guess is she wants to wait until after my eeoc meeting today at

Friday, August 20 same day as my EEO meeting on the phone for an hour after I let her know I had a EEO meeting on the phone for an hour I came back from my meeting she asked me again where was I told her again EEO meeting on the phone she said she just needs to know so she can put it in the calendar then she sent me an email about it same day had to go to the OR at 3:30 because I am on call in the OR I'm there with Frank Alicia Cindy and. And Halle Halle did all the work she did not have on eye shield but did wear in 95

The whole time Frank tries to stand in front of me so I cannot see anything as he always tries to do when I'm trying to learn something however we did have a minute meeting with Janine today Cindy and I after the OR the meeting was to make sure that I know that I'll be with Cindy this following week and to see if anything then we will send you needed extra help line it was a dress that I do need extra help line special procedures I had to step up and say this meanwhile Cindy said I thought I need the same as well as cart set up TravelCard set up for the OR after this was discussed the email that I got never stated anything about the special procedures again so I had to email her back stating don't forget about the special procedures We even discussing this meeting the same thing I said from day one if we had cards or I can put in step-by-step for what procedures then I would know what I need for which procedure she didn't hear me when I said it months ago but today when Cindy said it she recognized it and said that's a good idea and told me I should do if my yellow belt however my Alberta's already being done.

On Monday 8/23/21 she brought it up again we want to help on the travel cart so I told her again and special procedures so she put Cindy Alicia and me with Frank to learn set up of travel cart that was fine I did that then yesterday evening which is Tuesday we have special procedures upstairs in the OR and set up a travel cart I was not call to set up travel card however she did come to find me and tell me to go out for special procedure I did go up and find out the whole procedure with Frank and Denise I was just going to watch so I did have on my in 95 but I did not have on a Face shield. When Denise asked me to help and say that I can do the next one Frank said she can't do it because she does not have an face shield so I went to put on a face shield immediately

Then continue to watch Denise finish the procedure

Today Wednesday 8/25/21 she ask again do you want to get help with Setting up the travel card I said that's fine so she told me turn to Frank's to say Rita wants help with Extra helpsetting up the travel cart Which I've been asking for extra help for this for the last seven months So she says this afternoon when there's extra time go ahead and set up the travel cart get some get some extra help doing that my thing is setting up for a procedures special procedures and learning them I'm going on the TravelCart now..

Again today I'm leaving work and I see her email for another meeting I don't know what this meeting is for but I'm tired of meetings every fucking week

There should only be a meeting on Friday so that we can just discuss what we're going to do on the following week and how did the week go at least this is what we discussedMonths ago. Also if she has a problem with me leaving early I did not leave early I left the same time did Holly and Alicia left today 5 min til 330 they left 5 min to 3 she is very lenient on anyone else leaving early coming late oh that would have you except for me we were never know how it If any of her favorite holly Frank we're late anyway Because they are the only ones in the fridge coming in 6:30 AM or whenever they arrive.

Today is Thursday 8/26/21 Denise was late walked into huddle Jenine ignored her like she didn't see her no dirty look no speech about putting time in or being late I front of the group but WhAt she did so was congratulating her on helping ent learn to clean cabinets so as she did the same for Rose but I was upstairs with rose cleaning the cabinet but nothing was said to me ... then we huddle right after for all the techs and eyewear was stressed so I hope this was for holly as well ... then she asked about wearing gloves she m the hall and I addressed the issue that cindy and I discussed about how soiled the tubs are sometimes with soap water and bile but she wants us to transport them without gloves she started to let frank answer again amd just not addressed it but then I said even Cindy has the same concern and then she tried to address it but frank as always has to say well they shouldn't be soiled if your cleaning th correctly I said them it's not my Tubs this is for all of our tubs them Cindy spoke up and said yeah especially the cardboard ones ... then Jenine stepped in and have a soultion and again holly said I'm front of her I'm. Not doing that so she reverted again ams said well how bout just for the ones of u see it's dirty or u spill on the outside then use the purple wipes but let it sit 2 min before transporting ... but it f I wouldn't have said anything about Cindy then it would have been addressed by her she would have just let frank answer and that would have been it...

8/27/21 Friday Denise late again today 8 13 to huddle stood right and m front of Jenine.. she got no dirty look no extra comments about being late nothing Jennie. Just continue discussing huddle

Cindy and Alcia (RN/ new tech)Just joined our team from the RN staff how does alcia get the same schedule as holly amd we have asked why can't this shift be rotated between the staff but rose and I were told NO it's not to be negotiated these are holly frank and. Kelseys shifts ... also Cindy is supposed to be training me but I constantly keep reminding her of steps she has left out like bringing a scope on the room without a green cover turning off the cO2 ams turning on the air b4 she precleans the scope clipping the coast so water won't drip on the floor continuously these are things I learned in week 1 of my orientation but she is training me ams still n training herself ...

8/30/21 today holly is I'm room 2 but is leaving early at 9am like no one knows or sees her then I'm
Sitting in the restroom areas ams she walks back n at 1238 noon n time foe lunch ???? Okay where she been amd is this girl m writing cause there is nothing on the board about her leaving today ????

Today is 8/31/21 yesterday I checked the travel cart ams there was as a stint on there to expire 9/29/21 so we used it to practice cause we never have practice material or equipment the only time we get to see it being used is in a case of we are allowed so we used it to practice discuss ams write downs the procedure it's used for while the stint was on the desk in the dipper sitting by another co worker holly asked her them what is this for she told her ams holly then told her well it's not expired yet so why are they practicing wit it the other person told her well we don't use thes often at all so by the time we put in in a patient it will expire so I'm my previous practice something this close to due date is out of date... she holly just huffed ams buffed and Walked away never addressing Rose or I about the stint so at the end of the day we used it to practice... today I'm huddle did u replace that Stint ams others holly came over to me to say what do I do with the stint U had sitting on the desk yesterday... I told her we used it to practice Rose and I she then said what was the date I said it wasn't expired yet but coming up to it she then said well that's very expensive so no don't do that again .. I said ok then she walked away ... after huddle I was walking out of room 2 from getting g reception cause that is the only room back here that has reception so she said did u replace that Stint u took I said I will but it was 4 on the cart 1 to many any way cause there were 2 of those sizes cause that one was about to expire she said how many were on there not listening to me cause. I jus said that so I said 4 again ams kept walking back to my room then walks in behind me saying I wasn't done yet so I said ok what is it she then said well that one needs to be replaced cause they are all different sizes I said I

know I herd u I will .. then she said amd they are expensive I said again I know u told me I herd u the first time in huddle then she said again well just making sure I herd me so I'm telling u again.. In front row f Rose so I said yes herd u ok. Then she walks away very angry.. so I asked Rose to go witw to check the travel cart to make sure all the sizes are there and we did .... Roses says to me she does me the same way keeps repeating the same thing loud ams in front of ppl after she has already told me n person .. I herd her tell you this same thing I'm huddle this morning so why she keep harassing you bout the same thing ... I even said yea this is what they do.. Rose said she mad now cause u didnt just let her keep bullying u .. she mad cause u are telling her the truth ams now she gonna tell on u ams we will have a discussion with Jeanine about this cause only holly or frank can't be told nothing

Also I'm huddle me pattie addressed she was feeeling threatened by constantly hearing of your late 5mincall or text it your time In when it takes 7mns to walk up here from the parking lot even if we get here on time .. Jenine told her then if your here In the parking lot to just call or text her to say we're here ams walking up but that has been my case on several occasions but I was told that don't matter late is late when I get up here .. so what's the difference it's still unclear weather we're late I'm the parking lot or once we don't call amd say we're on the parking lot??? She also said she just don't want us walking onto huddle late or after huddle ??? Im so confused as everyone was cause this only applies to those she wants it to apply to

9/1/21 Jenine is not here but they say she is as always but we never see her however im I just hoping the day. Goes well

9/2/21 Today is court I came into work just like I was told if I was needing to leave early I need to come in I wasn't feeling good or sick I still need to come in and then leave so I came in got to huddle went straight to the corner text Justin and ask him to come to the corner where I was let him know that I cannot stay today I was very emotional today is court for my son it's suggestion about 30 minutes to come so I asked LV rose and Denise to inform him that I needed him in the corner Once he finally data I let him know today is not a good day for me and I'm going to be leaving I'll take a sick day I left on my way out I'll be gave me a hug and said she was praying for me and I left on my way leaving the building Justin says come let's go talk to Janaeux I'll tell him no I do not want to talk to her today it's not a good day don't want to see her just let her know I'm taking a sick day and I'm leaving you are my boss as well he said OK and I left

9/7/21 back from Labor Day today I am with Cindy again in room one this time it is obvious that she has been told to let me do everything and that's a really help much because the last two weeks she's not been doing anything I've been doing everything and that's fine however I do need to know if I'm doing things right or if things are being done wrong but she doesn't know she was put in this position to be my person to train me however I feel like I'm training her Today were doing a EUS and the EGD she doesn't know which scopes to get so I got the scopes she does not know how to hook up the EUS machine so she got Denise to help her with that So as I was asking her about the FNB needle how far to pull it down to she said she doesn't know that the doctor will tell me every question I ask her she doesn't know so I just did with the doctor tell me to do and what I remember it with FNB so as I'm working frank keeps coming in m out so The third time he comes in he ask do we want to go to lunch while we're in the middle of a case so Cindy says yes she gets undressed while I'm still working so now I'm left to work with Frank and Frank has a way for doing everything now I'm doing everything wrong again needs to be done this way this way this way I do it the way he says and it's still wrong there's no winning with him so I just gave him the FNB let him finish then I went to lunch kali was the nurse so she watched the whole time ... also today We had a patient that we used the big 60 on today with a guide wire denise is in our room while we have this case as she's it's telling Dr. sassy a Murphy that read is capable of doing this I'm just going to guide her through the doctor tells her now she wants her to do it so I say OK and give it to her but my thing is if we never practice and only one is doing a case and a patient doing crunch time how are we supposed to remember any of these procedures if there's no material for us to use to practice with and there's no class for us to practice there's no paper for us to go by in writing we're just supposed to remember procedures that we only do every once in a while this is not training I can't learn this way coworkers are mad when you try and practice with expired material or learn your own way this is so confusing

9/10/21 Today is Friday so far so good I was off yesterday for court first day of pre-trial and it was not contained like it was last week I want to get a court date for November 15 what trail also today at work things are going smoothly I have been communicating with Justin and it's been working out just fine Jenine has not had too much to say to me that has been out the way only professional things which is fine with me that's a relationship should be because she is my

manager I wish we should have a professional relationship all the other stuff in between cannot be there she tells me what I post to do I do my job we have a good day the day ends we go home come back tomorrow start all over again it's our supposed to be however today I did see her and Justin leaving at 2:50 while I was on lunch break sitting outside because I did not get a lunch today until 230... I like to know are they putting time in when they leave early

Today 9/16/21 was checked off by frank per Jeanine for scope 190 but of course he has checked me off before and I was never checked off or it never was done but the performance of the check off was done in front of either Jeanine or Justin and there has been issues before with this same check off however I have never her anything else about the other check offs amd he and I have had several issues so leah has checked off everyone else and even voice in a meeting with all of us present I was the only 1 left and she could do it today but Jeanine went all around that talking in circles as she does when she is trying to manipulate the situation or Sabatage me so I asked before the meeting was over to make it clear again so who is suppose to check me off today she said she will have holly work with leah this morning and frank will go upstairs but will come back down to. Check me all whic I didn't understand why leah couldn't do it like she asked given the issues frank and I have had... she just ignored me trying to make me say I do not want frank ti check me off by asking me is it ok if he does when I said can leah or anyone else do it she tried to make a big deal of it so I just said fine just let me read over the new changes from the SOP amd I will be ready ... so he came I to our room after the case was over I did it all correctly cause I read through it all myself ... of course he tried to change things and make me do things in his own light but I told him I am following the SOP and he of course tried to correct any action I did but Cindy was there and she watched it all so he couldn't say much then but all day he was supposed to be in room 1 after he finished upstairs amd holly in room 4 after she finished with leah neither job took all 8 hrs but of course when they are in charge they do whatever they want so all day all the cases that were not Mac or sidation was sent to our room cause holly was on her room just sitting for the entire day even when they put a case in her room she went to tell Patty the charge nurse to move it to our room which means we didn't make it to lunch til after 130 this has been consistent when I'm in a room now Cindy is seeing it amd how I'm being treated cause it's falling on her also ! She has even said today why can't some of these cases go to hollys room .. even while we had cases back to back cause she didn't want to work or release us for lunches patty the charge nurse come Into our room while a case is going on asking me to put in a Pt Into the computer cause holly told her to ... Cindy amd I asked where is everyone else can't nobody else do it ... I just said ok sit it down amd I will do it ... we'll that case lasted 2 hours so she came and got it back gave it to Frank asking Frank to do it so he finally did..but she even said herself you guys are busy I'm sorry today Cindy said I'm tired of going to lunch at 130 2pm ... I told her this is how it's been for me a lot here.. today she was upset at how things were being done I said wow it's only gonna get worst when I'm gone also I sent justin and Jeanine a email about getting vaccinated ans a COVID test and I was told to use my sick time but use 1 he for the drs appt ?? Which I thought we got 4 hrs but it's fine I will take it I have the time so I will use it

Today 9/17/21 this morning during huddle Frank's tries to call me out by saying also Rita u been using a red marker in your case and u need to use black permanent so I just looked over to ms Cindy then she said no Frank that was me I put the red marker in our room we both have used it it's not jus Rita and that was my fault cause I lost the black one and just replaced it with the red one ... then he didn't have much to say so huddle continued after huddle Cindy and I discussed the red marker situation she said I'm sorry for him calling u out like that it was not your fault amd I don't like that I said me either. There's a more professional way to handle things then calling ppl out n huddle and said yeah well I'm use to it she said well it ain't right so I said something I said thx I appreciate it then she went going on about how we haven't been getting to go to lunch until 130 or 2 everyday and it's getting go old ... so Alicia walked in and she also started talking about it to Cindy so I walked away .. but I can see and it's stating to be very obvious to others that's this is NOT how things should be run in any Dept let alone a VA HOSPITAL.... Being controlled by favorites....we are all adults amd human no one is above the next we are all here to do the same job no matter your Gs level... So after talking to Cindy I was going to my locker to get a drink and Frank was at the front desk he said Rita I wasn't trying to front. U out I was just telling u. Cause I sen u use the marker I said we both used it were in the same room all the cases this week we have done have been with that marker used me either one of us ... but u called me out ... and u wasn't trying to front me out??? I beg the differ but it's ok ... we have a black permanent one now and we're ok it's ok I'm good ...so I walked away after that so justin came back to me this morning saying I can used the 4 hrs of leave as administrator leave to go get my COVID shot but asking me do I really need the whole 4 hrs I said yes!! So I can take my mom as well ams won't have to call in again next week separately from her ...but this is after telling me all week per Jeanine I have to use my sick time

which I had already put in like he told me to do and use my sick leave …. So now that that has changed I needed to delete the last one which he told me to add yesterday. I d like to know all the time in the past that I put in but did not used cause I was still here-or did t take that day off that time was never Gj ien back cause I never deleted it … which nobody gives you info around here everything is trail and area info his is how u find out things if they don't use it against u.

Today 9/17/21 after huddle Jeanine and Denise called me over to them both asking me what's is my phone number and Jenine saying it was a call yesterday and u didn't answer Denise saying what is your number Denise has my number so does Jenine … I gave it to them both then Denise showing me her phone saying she called and texted me yesterday and I didn't answer I gave them both my number which Jenine said yes that's the number I have I said cause this is the only number I have… then Denise went on to say she is texted me last week about the ERCP and I responded I told her NO I NEVER responded cause that is NOT my number then she showed the texted so I said look idk who's number one have who u are texting or who is texting u back cause that is NOT my number I have several messages where u have texted my number and I have answered u back and that has all ben from this number of have only had this number for ever almost 12 years except for when my phone number was down a year ago but I'm still only if this number …I even told jeneine when I started my on call months ago you and the switchboard needed my number for on call purposes and this is the number I gave them Jenine said yes your right so we will figure it out .. my question is I have missed out on money also why didn't the switchboard call me aren't they suppose to call everyone on call not just 1 person??? And why she s Jenine letting another employee tell me what She is supposed to be telling me just weak management all around the board with her. So I just missed out on money and that means nothing but if I missed the on call and it was my fault I'd be reprimanded …

9/22/21 we had a meeting with our discuss what frank told Jenine which was a straight face lie! Frank asked rose and I to pick up scopes after asking us both did we have lunch yet we were told or him no and we will have lunch together after picking up and putting away the scopes he said ok then he went to lunch there were 2 trips we had to make to pick up scopes which is suppose to be the 630 am person job (frank and holly) and this has been said in several meeting the 630 persons are to pick up scopes for the days cases and 700 ppl are to pickup scopes to n the evening that were cleaned that day .. so after grabbing a loads of scopes 2 trips up to HLD Then we put them away in the scope cabinet then went to roses room and set up for a case which was a double Then we went to lunch … so by this time frank was back from lunch and upset at us for having lunch together for some reason but we set up both scopes for the cases he could have started the case for r did the entire case he didn't need Rose we were going to lunch anyway but he felt like we did not need a lunch and he wanted Rose n the case with him so he threw a fit when we got back from lunch saying

Friday 9/24/21 this morning Jenine tried to talk to me as she has not since knowing I have went to eeoc about the issues here but today she tried to address that she is not been meeting with me due to it's been so crazy and she has been busy is what she said but wanted to know how I'm doing and what else do I need help with here I told her I am doing well now and have learned FTRD wad was taught by the rep who comes here when we do it since I have watched her teach frank and holly the procedure about 3 times so today frank was doing n the room when we started but the rep said she wanted to teach it to me as she has said before but frank would not let her but this day she insisted and I was soooo happy!! I performed the procedure and she said I did well and would like me to do that y again until I feel confident is all she said I needed… so I told jenine when she asked what else would I like to learn or need help in I told her like I've been saying the specialty procedures and she went to discuss well when Kelsey was here she did not perform specialty procedures I said I know she told me and it was because she did not feel comfortable and did not like to do them.. she said no it was because she did not get to watch them often .. idk how cause we do them daily or at least weekly but ok

- 9/27/21 corrine late to work at 704 then to huddle at 708 and nothing was said or addressed this how it should be for everyone

10/04/21 no issues since our meeting but I have been exposed to covid and was told by there VA nurse to stay home until symptoms subsided so I stay this entire week to make sure I was not exposed even though I tested negative. I followed the VA nurse nurse orders

10/11/21 I returned to work to find out I have lost all my pro time as well as LWOP leave w/o pay of 12 hrs which means we will have to work 6 weeks with no data off to cover the lwop time added .... Okay his won't be possible with me having to go to court for my son on 16 th so of next month for 3 to 4 days

10/12/21 Jeanine has been walking past me not saying much to be since the meeting this week has went by done I guess Kali asked in the meeting this morning how will time be taken if we're out for covid ??? Now I guess this is a coincidence also and she didn't know why I was out but bring this up in the meeting this morning my first day back so I guess that answers my question my time will be taken so I guess this is why my time is all gone and I'm in lwop status..

10/15/21 we are to have our evaluations for pay raise mid year evials done and turned in today however I emailed mines from home but it never reached the VA email end of the day meeting justin said for the remainder of my orientation he wants me to be back with Denise so Cindy can train cherry since she is coming to our tech floor I said ok

10/18/21 I am with Denise now I got to work and had several emails from Justin and Jeanine about not received my mid year self eval so I first emailed them both back explaining I. Did send it then I walked to them both and showed them both how was done and sent to them both m Friday as well as Monday today ... then Jeanine tried to act as if f she cared and tried reading it amd seen it would not send to VA email with just had to tell her again she sent it but we just didn't get it .. so I told them both I will resent it as well as print it off tomorrow and bring it m by hand thy morning and asked Jeanine about the new compentency I seen her discsscssuin with Rose she then told me she will print it off and we can read it but cannot sign it yet ....

Tuesday 10/19/21 is Jeanine really trying to change things around but I don't trust her that is how we got here! However I will be very flexible and cooperate as I always have because I'm wanting a change but I am watching her like today she had Rose sign the 180 and 190 new scope Comp but did not have me sign it yet .. jeanine and Justin are sitting in the halls outside the rooms now to make sure they can see what's going on on the floor which is great!!! of course frank tries to make it seem like he is doing all the work and runs to do everything so there isn't much else to do between patients so I stayed in my room finishing and getting tMS done

We'd. 10/20/21 I see Justin sitting in the halls so I just asked him when a case is done I can be the scope runner just let me know when the case is done I will be in my room doing tMS he replied ok later that day Jenine asked how am I doing I told her fine I'd like more help on specialty cases she began to speak about how she didn't let me go up to watch because it was a new scope but I have been in cases before while DR Kohli tried out the first new disposal scope we ever tried and I assisted with the procedure more than once ... so what's the difference this time ? This what I mean she constantly asked me now what do I need help on why do I feel I need more practice in and I tell her specialty procedures but then when one of those and she does not let me go up for it this is frustrating.

10/21/21 today we had a meeting Jeanine stated she would like us all to get trained with other ppl to learn different techs methods we all
Just looked at one another and no one said anything so I don't know who she was referring to but I have worked with everyone here!! Twice or more !!!today was the first day In huddle that she has addressed something that frank and holly were doing wrong and laid on it she has NEVER done that to put them in there places they always have walked over her know she is putting her foot down??? Like she has done with everyone else .There has got to be something to this .. she discussed we all need to be putting forceps down the channels not just new employees or trainees..which is how it should have always been.
10/22/21 today Jeanine is NOT here and no one knows where she is .. but the day went Exellent without her and frank ..we got a lot of work done and had time to do some projects for Justin and get some more done on our RME book!all day everyone asking where is she ..I didn't know so that was how I replied
10/24/21 I am on call with Holly we were called in on 2 cases today but overall I think the cases went fine Holly substituted bottle water for a Canister of water so when the case was over I didn't know what was in the canister I

thought it was simethicone like we always put in the canisters so I poured it out she never told me so when it was time for me to clean the scope I did not have water so I had to take water from our cart and flush the scope with a syringe and water after using soap I'm only saying this just in case it comes up again in the future

Monday 10/25/21 and huddle this morning Jene mentioned my name in a positive manner along with Hollys stating that we did great in our on-call cases the day before she has never given me recognition especially in front of a group this was nice things are changing with her I guess I hope for the best later that morning she came to me and asked me personally how by the cases I explain to her how they went she said it was the same thing that Holly said and he sounds like we did a good job she actually have a conversation with me I hope for the best!

Sent from my iPhone