

**EXHIBIT G**

**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF RESOLUTION MANAGEMENT**

Testimony of Territa Smith
in the Matter of the EEO Complaint of Discrimination filed by Territa Smith

| | | |
|---|---|---|
| Territa Smith | ) | |
| Complainant | ) | |
| | ) | |
| v. | ) | Case No. 200J-0589-2021105154 |
| | ) | |
| Secretary | ) | |
| Department of Veterans Affairs | ) | |
| 810 Vermont Avenue, NW | ) | |
| Washington, DC 20420 | ) | |
| ___________________________________ | ) | |

I, Territa Smith, solemnly swear/affirm that the responses and documents I provided in response to the following questions are true and complete to the best of my knowledge and belief.

1) Do you have a representative? (Yes/No) Response: Yes
   a) If so, please provide:
      i) Name. Response: Rebecca M. Randles, Danny A. Thomas
      ii) Work phone. Response:
         Rebecca Randles: (816) 931-9901
         Danny Thomas: (816) 398-7435
      iii) Work email. Response:
         rebecca@randlesmatalaw.com
         dat@hfmlegal.com
      iv) Attorney (Yes/No). Response: Yes

2) Please state your:
   a) Full name. Response: Territa Smith
   b) Current position title. Response: Medical Instrument Technician (MIT)
   c) Grade level. Response: 5
   d) Work location. Response: Kansas City VA Medical Center
   e) Since what date have you been in this assignment? Response: January 19, 2021
   f) How long have you been employed by the VA? Response: One year
   g) Work email address. Response: territa.smith@va.gov

8) Are the management officials, whom you allege discriminated against you in this Complaint, aware of your **Race?** Response: Yes
   a) If so, **on what date** did <u>each</u> manager become aware? Response: As to Jeanine Wood: 01/19/21; As to Justin Schroll: 01/19/21
   b) If so, **how** did <u>each</u> manager become aware? Response: Visual

## <u>Questions When Age Is Alleged</u>

9) What was your **Age** at the time of the events? Response: 45–46

10) What is your year of birth? Response: 1975

11) Are the management officials who you allege discriminated against you in this complaint, aware of your **Age**? Response: Yes
   a) If so, **on what date** did <u>each</u> manager become aware? Response: Before I started. My birth date was in my paperwork.
   b) If so, **how** did <u>each</u> manager become aware? Response: Paperwork

**Claim A. In March 2021, Jeanine Wood (JW), Nurse Manager, accused her of not being with her Preceptor at all times.**

***Please answer the following questions pertaining to Event #A***

12) On what date(s) did this event occur? Be specific. Response: March 2021

13) Please identify the name of your preceptor at the time Claim A occurred. Response: There were five: Frank, Holly, Cindy, Denise and Kelsey

14) Had you been with your preceptor at all times? (yes/no) Response: Yes

   a) If yes, why did JW accuse you of not being with your preceptor? Response: JW gave me directive to listen to her and follow her directions instead of the preceptors. Then JW would change her directive and tell me to follow my preceptor. Further, my assigned preceptor would change.

15) What was your response to JW's accusation? Response: I explained that her directives were unclear because they kept changing. I often asked JW which preceptor I was supposed to be with because it was always changing.

16) Did JW give you a reason for making the accusation? Response: No

17) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes

a) If so, identify each witness by the following:
   i) Name. Response: Denise Smith, Rose Cardino, Frank Palisano, Holly Oliver, Kelsey (last name unknown), Donna Carmon
   ii) Title. Response: All of them are MITs
   iii) Work Phone Number. Response: (816) 861-4700
   iv) Work Email address. Response: denise.smith@va.gov; rose.cardino@va.gov; frank.palisano@va.gov; holly.oliver@va.gov; donna.carmon@va.gov
   v) What specifically did they witness? Response: They witnessed the discussion between JW and myself.
   vi) Did they actually witness JW accuse you of not being with your preceptor, or were they only told about it afterwards? Explain. Response: They actually witnessed it. They were all there and this occurred in the hallway. JW had told me to listen only to her. Then she went on vacation. I continued working in the room to which she had assigned me. Then she accused me of not following my preceptor, but I had stayed in that room because that is where she assigned me.

18) Do you believe your **Race** was the reason for JW accusing you of not being with your preceptor? Response: Yes, one of the reasons.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: JW treats all black women in this position this way.

19) Do you believe your **Age** was the reason for W accusing you of not being with your preceptor? Response: Yes
   a) If so, explain why and provide any evidence you have to support the allegation. Response: JW and I are approximately the same age. Treating me badly seems to make her feel superior.

**Claim B. Since March 2021, JW assigns her duties and then forgets that she did so.**

***Please answer the following questions pertaining to Event #B***

20) On what date(s) did this event occur? Response: It happened several times. I cannot provide specific dates.

21) What duties did JW assign, then forget she had done so? Response: The preceptor she had assigned me to left me to go on breaks and to lunch. The preceptor also went to surgery and left me behind. JW said she did not recall assigning me to that preceptor.

22) Why did JW forget she had assigned the duties already? Response: There was never any consistency in how the preceptors did things. No one was trying to teach

37) Do you believe your **Age** was the reason for you being called out for being late to huddles since March 2021? Response: Yes
   a) If so, explain why and provide any evidence you have to support the allegation. Response: JW wants to be superior to people her age but not if they're white.

**Claim D. Since March 2021, co-workers keep changing how they do procedures.**

***Please answer the following questions pertaining to Event #D***

38) Please identify the coworkers who kept changing how they did procedures since March 2021. Response: Holly Oliver, Frank Palisano, Kelsey
   a) What procedures did your coworkers change? Response: Basic colonoscopies, EGDs
   b) Why did coworkers change the procedures? Response: Each one wanted the procedures to fit "their" standards, rather than going by the book.
   c) Were the changes authorized by management? Response: sometimes yes, and sometimes no - depending on the change.
   d) How did you respond to the procedure changes? Response: I told JW I could not learn this way. Each preceptor had a different method of doing things. I began asking for the procedures in writing. I was provided outdated written procedures at least one was from 2012. The preceptors would adapt the outdated procedures and instruct me to follow their unique method. JW's response was, "do what your preceptors tell you to do." JW's response required me to change my method depending on which preceptor I was with. That lack of consistency prevented me from learning or growing as I desired in my position.

39) Please identify the management official(s) who were aware of your coworkers changing procedures since March 2021. Response: Jeanine Wood, Justin Schroll
   a) How did each manager become aware? Response: I told them I was getting inconsistent instructions from the preceptors.
   b) On what date did each manager become aware? Response: March 8, 2021
   c) What was each manager's response to becoming aware? Response: JW's response was, "do what your preceptors tell you to do." JW's response required me to change my method depending on which preceptor I was with. That lack of consistency prevented me from learning or growing as I desired in my position.
   d) Did each manager provide a reason for their actions in response to this event? Response: No

40) On what date(s) did this event occur? Response: No dates noted.

41) How were you harmed by the procedures being changed? Response: JW tried to reprimand me when they changed procedures. I was afraid I might hurt a patient each time a procedure changed. That lack of consistency prevented me from

**Claim E. On or about March 1, 2021, she was accused of not telling the truth about her whereabouts.**

***Please answer the following questions pertaining to Event #E***

47) Please identify the management official(s) responsible for accusing you of not telling the truth about your whereabouts. Response: JW

48) On what date(s) did this event occur? Response: March 1, 2021

49) What were you doing when your whereabouts were called into question? Response: I was doing TMS, which is online work.

50) Where did you tell management you had been? Response: I never left the floor. I told her I was in the first office doing TMS.

51) What was your response to the accusation? Response: I did not respond.

52) Did management give you a reason for accusing you of not telling the truth regarding your whereabouts on or about March 1, 2021? Response: No.

53) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes
   a) If so, identify each witness by the following:
      i) Name. Response: Justin Schroll
      ii) Title. Response: Manager/assistant
      iii) Work Phone Number. Response: (816) 861-4700
      iv) Work Email address. Response: justin.Schroll@va.gov
      v) What specifically did they witness? Response: He witnessed JW accusing me of not being truthful about where I was. He backed me up.
      vi) Did they actually witness management accuse you of not being truthful about your whereabouts on or around March 1, 2021, or were they only told about it afterwards? Explain. Response: He actually witnessed it.

54) Do you believe your **Race** was the reason for management accusing you of not being truthful about your whereabouts on or around March 1, 2021? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: Only black people in this position were treated this way.

55) Do you believe your **Age** was the reason for management accusing you of not being truthful about your whereabouts on or around March 1, 2021? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: JW enjoyed feeling superior to me although we are approximately the same age.

vii) Did they actually witness management's response, or were they only told about it afterwards? Explain. Response: They witnessed her lack of response, and commented about her failure to respond.

68) Do you believe your **Race** was the reason for your coworkers bullying you? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: White people in the same position were not treated this way.

69) Do you believe your **Race** was the reason for management's response to your coworkers bullying you? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: White people in the same position were not treated this way.

70) Do you believe your **Age** was the reason for your coworkers bullying you? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: Yes, I believe my preceptors liked to feel superior to me due to JW's treatment of me.

71) Do you believe your **Age** was the reason for management's response to your coworkers bullying you? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: I believe JW liked feeling superior over me so she allowed it to happen.

**Claim H. Since April 2021, JW asks her if she needs counseling or if she needs to go to Employee Assistance Program Services.**

***Please answer the following questions pertaining to Event #H***

72) On what date(s) did this event occur? Response: On several different occasions including but not limited to: August 3, 2021.

73) Describe the circumstances that led to JW asking if you need counseling, or if you needed to go to Employee Assistance Program Services. Response: When I took the job, I told JW that I was coping with tragedy in my family, and that I would need to take off work to attend court from time to time. JW assured me that the VA would help me with time off for court dates and coping.

74) Why did JW ask if you need counseling, or if you need to go to Employee Assistance Program Services? Response: I told her about the court dates and she asked me if I needed EAP.

75) What was your response to being asked JW if you needed counseling or if you needed to go to Employee Assistance Program Services? Response: I told her I did not need to seek out the EAP. I had been dealing with this for three years and was already in counseling. JW was well aware of the fact that I was and had been in counseling since the day I was hired. It became burdensome and felt like she was badgering me and bringing attention to the ongoing trauma I was experiencing which only made it worse.

76) Did JW give you a reason for asking if you need counseling, or if you needed to go to Employee Assistance Program Services? Response: She said it was because of the time I had to take off for court.

77) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes.
   a) If so, identify each witness by the following:
      i) Name. Response: Denise Smith, Rose Cardino, Frank Palisano, Holly Oliver, Kelsey (last name unknown), Donna Carmon
      ii) Title. Response: All of them are MITs
      iii) Work Phone Number. Response: (816) 861-4700
      iv) Work Email address. Response: denise.smith@va.gov; rose.cardino@va.gov; frank.palisano@va.gov; holly.oliver@va.gov; donna.carmon@va.gov
      v) What specifically did they witness? Response: JW mentioned it during a huddle.
      vi) Did they actually witness JW ask if you need counseling or if you need to go to Employee Assistance Program Services, or were they only told about it afterwards? Explain. Response: They actually witnessed it.

78) Do you believe your **Race** was the reason for JW asking if you need counseling, or if you need to go to Employee Assistance Program Services? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: White people in my position were not treated this way.

79) Do you believe your **Age** was the reason for JW asking if you need counseling, or if you need to go to Employee Assistance Program Services? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: JW liked feeling superior to me despite our nearness in age.

**Claim I. On April 13, 2021, JW said she would not change the morning rotation.**

***Please answer the following questions pertaining to Event #I***

80) Describe the circumstances that led to JW saying she would not change the morning rotation on April 13, 2021. Response: I asked JW why only three people worked in the mornings, and asked if we could rotate.

81) Why did JW say she would not change the morning rotation on April 13, 2021? Response: She gave no reason other than, "that's the schedule," even though she had adapted the schedule by changing the rotation for others in the past.

82) What was your response to JW saying she would not change the morning rotation on April 13, 2021? Response: It had been done before.

83) Did JW give you a reason for saying she would not change the morning rotation on April 13, 2021? Response: No reason other than we don't do it that way anymore.

84) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes.
   a) If so, identify each witness by the following:
      i) Name. Response: Denise Smith, Rose Cardino
      ii) Title. Response: Both of them are MITs
      iii) Work Phone Number. Response: (816) 861-4700
      iv) Work Email address. Response: denise.smith@va.gov; rose.cardino@va.gov;
      v) What specifically did they witness? Response: They heard me ask JW about rotating and heard her tell me no.
      vi) Did they actually witness the JW saying she would not change the morning rotation on April 13, 2021, or were they only told about it afterwards? Explain. Response: They actually witnessed it.

85) Do you believe your **Race** was the reason for JW saying she would not change the morning rotation on April 13, 2021? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: According to Denise, who is Black, it had been done before.

86) Do you believe your **Age** was the reason for JW saying she would not change the morning rotation on April 13, 2021? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: JW enjoyed ruling over others.

**Claim J. On or about April 22, 2021, she was questioned as to why she stayed late.**

***Please answer the following questions pertaining to Event #J***

**Claim K. On June 14, 2021, a co-worker was demeaning towards her in a meeting.**

***Please answer the following questions pertaining to Event #K***

96) Please identify the coworker who was demeaning to you in a meeting on June 14, 2021. Response: Frank Palisano
   a) Explain what your coworker did or said which you found to be demeaning. Response: "I'm gonna do what I want to do and you guys have to learn from me." "You're asking too many questions."
      "If you don't understand this [how to clean a scope], you don't belong here."
   b) Why did he/she demean you? Response: This is how Frank treats any new MIT of color. His treatment of white MITs is noticeably different. Frank was demeaning to all 3 of the MITs of color.
   c) How did you respond to their demeaning behavior? Response: I told JW of Frank's disrespect toward Denise and reported it to the union.

97) Please identify the management official(s) who were aware of this event. Response: JW
   a) How did each manager become aware? Response: I told her.
   b) On what date did each manager become aware? Response: June 14, 2021
   c) What was each manager's response to becoming aware? Response: She minimized my concern and down played the significance by saying, "He didn't mean it that way, he needs to apologize to Denise."
   d) Did each manager provide a reason for their actions in response to this event? Response: No.

98) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes.
   a) If so, identify each witness by the following:
      i) Name. Response: Rose Cardino, Denise Smith, Frank Palisano, and me.
      ii) Title. Response: MITs.
      iii) Work Phone Number. Response: (816) 861-4700
      iv) Work Email address. Response: rose.cardino@va.gov; denise.smith@va.gov; frank.palisano@va.gov; territa.smith@va.gov
      v) What specifically did they witness? Response: Frank's demeaning behavior toward Denise and me.
      vi) Did they actually witness your coworkers demean you during a meeting on June 14, 2021, or were they only told about it afterwards? Explain. Response: They actually witnessed it.
      vii) Did they actually witness management's response to your coworkers demeaning you, or were they only told about it afterwards? Explain. Response: They witnessed it.

111) What was your response to being asked about your leave usage? Response: I told her that I had taken leave as she told me to, taking either mornings or evenings. I also let her know that the trial for my son's murder was coming up and I needed to attend. I let JW know that I already have a counselor again.

112) Did JW give you a reason for asking about your leave usage? Response: She didn't give me a reason. She claimed that she just noticed my time sheet, even though she was the one approving my time off.

113) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Other than JW, no.

a) If so, identify <u>each</u> witness by the following:
   i) Name. Response:
   ii) Title. Response:
   iii) Work Phone Number. Response:
   iv) Work Email address. Response:
   v) What specifically did they witness? Response:
   vi) Did they actually witness JW asking about your leave usage around August 6, 2021, or were they only told about it afterwards? Explain. Response:

114) Do you believe your **Race** was the reason for JW speaking to you on or around August 6, 2021 about your leave usage? Response: Yes. I have no idea why she was doing this, because she approved my time off.

a) If so, explain why and provide any evidence you have to support the allegation. Response: She did not do this to white employees in the same situation.

115) Do you believe your **Age** was the reason for JW speaking to you on or around August 6, 2021 about your leave usage? Response: I have no idea why she was doing this, because she approved my time off.

a) If so, explain why and provide any evidence you have to support the allegation. Response: She likes to feel superior to me.

**Claim N. On August 10, 2021, JW gave her a dirty look.**

***Please answer the following questions pertaining to Event #N***

116) Why did JW give you a dirty look on August 10, 2021? Response: I do not know why.

117) What was your response to JW giving you a dirty look on August 10, 2021? Response: I did not respond.

118) Did JW give you a reason for giving you a dirty look on August 10, 2021?
Response: No.

119) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: The other MITs around and they may have seen it, but I do not know.
   a) If so, identify each witness by the following:
      i) Name. Response:
      ii) Title. Response:
      iii) Work Phone Number. Response:
      iv) Work Email address. Response:
      v) What specifically did they witness? Response:
      vi) Did they actually witness JW giving you a dirt look on August 10, 2021, or were they only told about it afterwards? Explain. Response:

120) Do you believe your **Race** was the reason for JW giving you a dirt look on August 10, 2021? Response: Yes
   a) If so, explain why and provide any evidence you have to support the allegation. Response: I do not know why she gave me a dirty look but I have not seen any dirty looks given to white employees. JW did give dirty looks to the other black MITs.

121) Do you believe your **Age** was the reason for JW giving you a dirt look on August 10, 2021? Response: Yes
   a) If so, explain why and provide any evidence you have to support the allegation. Response: I have no idea why she gave me a dirty look but she like to feel superior to me.

**Claim O. On August 18, 2021, a co-worker would not give her consistent one-on-one training.**

***Please answer the following questions pertaining to Event #O***

122) Please identify the coworker who would not give you consistent one-on-one training on August 18, 2021. Response: It was any of the preceptors, Frank, Holly Oliver, Kelsey. None of them provided consistent training.
   a) Explain the type of training. Response: They were training me to do the MIT job. This included how to use different equipment and proper methods for procedures.
   b) Explain how it was not "consistent"? Response: They would walk off and leave me during a procedure and refused to answer my questions. On August 18, there was an endo flip, and I asked to participate and learn. Frank was training another MIT Rose and was giving her hands-on instruction, but it was not provided to me. Normally, Frank would not train Rose either. Training people of

      color was not something Frank would do willingly. It was strange that he was even training Rose, and yet he still wouldn't train me.

c) Was your coworker required to provide the training to you? Response: Yes, as preceptors, they were required to train me.

d) How did you respond to their refusal to provide your consistent one on one training? Response: I would go and ask someone else, or try to figure it out myself by reading the training materials,taking notes and re-reading my notes from prior procedures.

123) Please identify the management official(s) who were aware of this event. Response: A doctor was present, but I do not recall his name. No other managers were aware that I know of.

a) How did each manager become aware? Response:
b) On what date did each manager become aware? Response:
c) What was each manager's response to becoming aware? Response:
d) Did each manager provide a reason for their actions in response to this event? Response:

124) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes, Rose and Denise. JW would never come on the floor to see what was going on. JW would never sit in on a procedure and never investigated any concern or complaint from an MIT against a preceptor.

a) If so, identify each witness by the following:
   i) Name. Response: see info already provided for Rose and Denise.
   ii) Title. Response:
   iii) Work Phone Number. Response:
   iv) Work Email address. Response:
   v) What specifically did they witness? Response:

   vi) Did they actually witness the coworker not give you consistent one-on-one training on August 18, 2021, or were they only told about it afterwards? Explain. Response: Yes they actually witnessed it.
   vii) Did they actually witness management's response to the coworker not give you consistent one-on-one training on August 18, 2021, or were they only told about it afterwards? Explain. Response: There was no response.

125) Do you believe your **Race** was the reason for the coworker not giving you consistent one-on-one training on August 18, 2021? Response: Yes.

a) If so, explain why and provide any evidence you have to support the allegation. Response: Frank is white, I am black. I am the seventh or eighth person of color in this position to be treated this way and in this manner.

    a) If so, identify each witness by the following:
   i) Name. Response: Everyone who was in huddle that morning saw me present at huddle. It was an all staff huddle.
   ii) Title. Response:
   iii) Work Phone Number. Response:
   iv) Work Email address. Response:
   v) What specifically did they witness? Response:
   vi) Did they actually witness JW sending the email, or were they only told about it or shown the email afterwards? Explain. Response: I do not know if anyone else saw JW send the email but she sent one to me individually about the incident and then another general reminder about being late to the huddle to everyone.

134) Do you believe your **Race** was the reason for JW sending you an email on August 20, 2021 regarding being late to the morning huddle? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: White people in the same position were not treated this way.

135) Do you believe your **Age** was the reason for JW sending you an email on August 20, 2021 regarding being late to the morning huddle? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: She liked feeling superior to me.

**Claim Q. On or around August 20, 2021, JW accused her of arguing with her.**

***Please answer the following questions pertaining to Event #Q***

136) On what date(s) did this event occur? Response: On or around August 20, 2021.

137) Why did JW accuse you of arguing with her on August 20, 2021? Response: JW does not allow you to explain, ask questions, or defend yourself. I do not know why she is accusing me of arguing because I would not argue with a superior.

138) Did you argue with JW on or around August 20, 2021? Response: No.

139) What was your response to JW's accusation that you argued with her on August 20, 2021? Response: I was not trying to argue with her, I was trying to provide a fulsome response and explain the situation.

140) Did JW give you a reason for accusing you of arguing with her on August 20, 2021? Response: Yes, because I was trying to explain the situation and she was not willing to listen in a calm and collected manner.

141) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes.
   a) If so, identify each witness by the following:
      i) Name. Response: I cannot remember who all was present, but I do recall Frank Palisano, Denise Smith and Callie (last name unknown).
      ii) Title. Response: MITs
      iii) Work Phone Number. Response: (816) 861-4700
      iv) Work Email address. Response: denise.smith@va.gov; frank.palisano@va.gov
      v) What specifically did they witness? Response: They saw me trying to explain.
      vi) Did they actually witness JW accuse you of arguing with her on August 20, 2021, or were they only told about it afterwards? Explain. Response: Yes, they heard everything.

142) Do you believe your **Race** was the reason for JW accusing you of arguing with her on August 20, 2021? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: White people in the same position were not treated this way.

143) Do you believe your **Age** was the reason for JW accusing you of arguing with her on August 20, 2021? Response: Yes.
   a) If so, explain why and provide any evidence you have to support the allegation. Response: She liked to feel superior to me.

**Claim R. On August 25, 2021, JW scheduled another meeting with her.**

***Please answer the following questions pertaining to Event #R***

144) Why did JW schedule another meeting with you on August 25, 2021? Response: JW had a meeting with me on August 25 and then she set up a recurring meeting to happen every Friday thereafter. The August 25 meeting was about setting up a travel cart. The August 27th meeting on Friday was to discuss how the week went and to find out where I would be placed the next week so that we would be on the same page week to week. The meetings were established after I complained to the union and/or EEO so that we could come together and JW could find out what areas I felt like I needed more help in, what progress was made during a given week and develop a plan for the week ahead. This was a good plan in theory, however, by Monday morning JW could never remember the plan we made the previous Friday.

145) What was your response to JW scheduling a meeting with you on August 25, 2021? Response: During the August 25 meeting, I was asking for help with

**Claim T. On August 31, 2021, a co-worker argued with her.**

***Please answer the following questions pertaining to Event #T***

158) Please identify the coworkers who argued with you on August 31, 2021.
Response: Holly.

a) Explain the nature of the argument. Response: The conversation was about a stent. The stent expired on 9/2, so Rose and I practiced with it since it was about to expire. The only way we can practice is with expired equipment. Holly said it didn't expire yet, so why were we using it. We don't use that particular stent often, so by the time we needed it, it would be expired. Holly told us it is very expensive so not to do that again. Holly asked if I replaced the stent on the cart, but I told her there were four on the cart, which is how many we needed, and I would replace it. Holly kept telling us to replace it, over and over, and we kept telling her we heard her and we would do it.
b) How did you respond to their arguing? Response: We told Holly we would replace it, and she didn't need to keep telling us.

159) Please identify the management official(s) who were aware of this event.
Response: JW.

a) How did each manager become aware? Response: Holly told her.
b) On what date did each manager become aware? Response: I do not know when Holly told JW.
c) What was each manager's response to becoming aware? Response: JW brought it up in the huddle.
d) Did each manager provide a reason for their actions in response to this event? Response: No.

160) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes.

a) If so, identify each witness by the following:
   i) Name. Response: Everyone at huddle, Rose Cardino, Holly Oliver.
   ii) Title. Response: MITs.
   iii) Work Phone Number. Response: (816) 861-4700
   iv) Work Email address. Response: rose.cardino@va.gov; holly.oliver@va.gov
   v) What specifically did they witness? Response: The use of the near-expired stent, JW bringing it up in huddle.
   vi) Did they actually witness the coworker arguing with you on August 31, 2021, or were they only told about it afterwards? Explain. Response: They all heard JW bring it up in huddle.
   vii) Did they actually witness management's response to the coworker arguing with you on August 31, 2021, or were they only told about it afterwards? Explain. Response: Everyone at huddle saw this. Sherrita, an RN, came up to me afterward to talk to me about it.

  v) Supervisor. Response:
vi) Identify their **Race**. Response:
vii) Identify their **Age** at the time of the events. Response:
viii) Identify how they were treated and the reasons their treatment was similar to yours? Response:

189) Were there any direct witnesses to the above incident(s)? *(Only list those people that actually witnessed the event or comment(s) made).* Response: Yes.
  a) If so, identify each witness by the following:
    i) Name. Response: JW and Justin Schroll
    ii) Title. Response: Manager / Assistant
    iii) Work Phone Number. Response: (816) 861-4700
    iv) Work Email address. Response: justin.Schroll@va.gov
    v) What specifically did they witness? Response: Their own changing of the vaccine time off policy.
    vi) Did they actually witness management tell you that you had to use sick leave to get your COVID-19 shot, or were they only told about it afterwards? Explain. Response:

190) Do you believe your **Race** was the reason for forcing you to use sick leave to get your COVID-19 shot on September 16, 2021? Response: Yes.
  If so, explain why and provide any evidence you have to support the allegation. Please provide copies of documents in PDF format.
  a) Response: White people in the same position were not treated this way.

191) Do you believe your **Age** was the reason for forcing you to use sick leave to get your COVID-19 shot on September 16, 2021? Response: No.
  a) If so, explain why and provide any evidence you have to support the allegation. Response: She liked feeling superior to me.

**Claim 2. On October 11, 2021, she lost her Leave without Pay time.**

***Please answer the following questions pertaining to Event #2***

192) Please identify the management official(s) responsible for your loss of Leave without Pay (LWOP) time. Response: JW

193) When you say you "lost" your LWOP, was it first approved and then taken away? (yes/no) Response: I had been exposed to COVID-19 and was told to stay home by the VA nurses until symptoms subsided, even though I had tested negative.

194) On what date did this event occur? (Please be specific.) Response: I discovered I lost my LWOP when I returned to work on October 11, 20221.

    Response: We received training in the first two weeks of training plus online CEUs. That's how I recognized the harassment because of those classes.

216) Is the agency anti-harassment/hostile work environment policy posted at your work location? Response: It was online where you could get to it.

217) What do you seek as a resolution to this EEO Complaint? Response: I would like an apology and be able to work at the VA in a harassment-free environment. I would like a clean VA record, where I could work at any VA. I left because of the harassment, and I did not want to leave. I don't want someone else's bad behavior to punish me from getting a job in the future with the VA.

This statement is made under penalty of perjury on this _15___day of March , 20_22_. (year).

/s/Territa Smith________

Signature