## Wood, Jeanine R. (KCVA)

| | |
|---|---|
| **From:** | Wood, Jeanine R. (KCVA) |
| **Sent:** | Friday, August 20, 2021 10:50 AM |
| **To:** | Smith, Territa S. (KCVA) |
| **Subject:** | RE: Leave |
| | |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | Smith, Territa S. (KCVA) | Delivered: 8/20/2021 10:50 AM | Read: 8/20/2021 11:14 AM |

On 08/20/21 huddle started at 0710 and you were not present. Charge nurse discussed staffing for all techs and your name was called without answer. I have previously instructed you to be on duty ready, willing, and able to perform the functions of your position. I have previously stated if you are going to be late, you are to call the call in line to provide leave being utilized. This was not completed 08/20/21.

You were previously advised in person as well as per emails below about tardiness as well as unplanned leave procedure. Due to your late arrival this am, you will be receiving 15 minutes of AWOL.

As previously stated, you are required to arrive promptly to work, dressed out and ready for huddle by 0710.

Please let me know if you need anything further.

Thank you,
Jeanine

---

**From:** Wood, Jeanine R. (KCVA)
**Sent:** Wednesday, August 11, 2021 10:22 AM
**To:** Smith, Territa S. (KCVA) <Territa.Smith@va.gov>
**Subject:** RE: Leave

On August 5th we discussed the below hours as well as future unplanned leave. I am following up on your tardy dated 8-10-21 when you arrive after 0710. Please understand that future unplanned leave may be marked as AWOL, this is to include disciplinary action being up to and including removal.

As previously discussed, if you are going to be late or gone for the entire day, you are required to call in to the call in line and provide what leave you are requesting. This was not completed on 08-10-21.

AL is pre-approved time that must be entered prior to taking. Unplanned SL/FF is to be entered immediately upon arrival.

As a reminder, you are required to arrive promptly to work, dressed out and ready for huddle by 0710.

Please let me know if you need anything further.

Thank you,
Jeanine

---

**From:** Wood, Jeanine R. (KCVA)
**Sent:** Thursday, August 5, 2021 3:50 PM
**To:** Smith, Territa S. (KCVA) <Territa.Smith@va.gov>
**Subject:** RE: Leave

Also, we discussed the resource for the EAP (Employee assistance program) that is a great resource. You do not have to discuss utilizing and nothing will be placed within CPRS or employee folder.

---

**From:** Wood, Jeanine R. (KCVA)
**Sent:** Thursday, August 5, 2021 3:41 PM
**To:** Smith, Territa S. (KCVA) <Territa.Smith@va.gov>
**Subject:** Leave

Territa,
Thank you for meeting with me today at 1500.
As discussed, you have utilized a total of 53 hours and 45 minutes of unplanned time. Due to your unplanned leave, it is impacting your orientation and may cause an extension of your orientation period. Understand that the unplanned time is a pattern and I would like you to monitor as future tardiness could result in disciplinary action. Please understand that future requests of running late, forgetting PIV cards, personal issues, bank/account issues these may be marked as AWOL.
Reviewing this with you, you reported that this was a shock seeing on paper for the unplanned hours. As stated, please schedule those unplanned items in advance. I appreciate you saying your unplanned leave will improve, I look forward to seeing you continue to grow within GI.

01/25/2021 AL 4 hours and LS unplanned 4 hours.
02/05/2021 AL 0.25 hours, late arrival, 0700-0715.
02/24/2021 SL unplanned 0.75 hours, late arrival, 0700-0745.
03/02/2021 SL unplanned 3.5 hours, late arrival, 0700-1030.
03/03/2021 AL unplanned, 0.5 hours, late arrival, 0700-0730.
03/11/2021 SL unplanned, 1.5 hours, late arrival, 0700-0830
03/30/2021 – AL unplanned, 1-hour, late arrival, 0700-0800.
04/05/2021 – SL unplanned, 2 hours, late arrival, 0700-0900.
04/19/2021 – SL unplanned, 2.5 hours, late arrival, 0700-0930.
05/03/2021 – SL unplanned, 1.5 hours, late arrival 0700-0830.
05/10/2021 – SL unplanned 3 hours, left shift early, 1230-1530.
05/21/2021 – SL unplanned 2.5 hours, left shift early, 1300-1530.
06/01/2021 – SL unplanned 1-hour, late arrival, 0700-0800.
06/04/2021 – SL unplanned 0.25 hours, late arrival, 0700-0715.
06/07/2021 – SL unplanned 2.5 hours, left shift early, 1300-1530.
06/08/2021 – SL unplanned 8 hours, call in.
06/14/2021 – SL unplanned, late arrival, 0700-0745.
07/02/2021 – SL unplanned, late arrival, 0700-0900.
07/06/2021 – AL unplanned, late arrival, 0700-0715.
07/13/2021 – SL unplanned, 0.75 hours, 0700-0745.
07/21/2021-SL unplanned, 0.15 hours, 0700-0715.
07/23/2021-SL unplanned, 1.00 hours, 0700-0800.
08/03/2021-Called in for 8 hours.
08/05/2021-SL Called in for 2 hours 0700-0900

Please let me know if you have any questions or concerns,
Jeanine