# EXHIBIT I

## Wood, Jeanine R. (KCVA)

| | |
|---|---|
| **From:** | Wood, Jeanine R. (KCVA) |
| **Sent:** | Thursday, August 5, 2021 3:41 PM |
| **To:** | Smith, Territa S. (KCVA) |
| **Subject:** | Leave |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Smith, Territa S. (KCVA) | Read: 8/6/2021 7:48 AM |

Territa,

Thank you for meeting with me today at 1500.

As discussed, you have utilized a total of 53 hours and 45 minutes of unplanned time. Due to your unplanned leave, it is impacting your orientation and may cause an extension of your orientation period. Understand that the unplanned time is a pattern and I would like you to monitor as future tardiness could result in disciplinary action. Please understand that future requests of running late, forgetting PIV cards, personal issues, bank/account issues these may be marked as AWOL.

Reviewing this with you, you reported that this was a shock seeing on paper for the unplanned hours. As stated, please schedule those unplanned items in advance. I appreciate you saying your unplanned leave will improve, I look forward to seeing you continue to grow within GI.

01/25/2021 AL 4 hours and LS unplanned 4 hours.
02/05/2021 AL 0.25 hours, late arrival, 0700-0715.
02/24/2021 SL unplanned 0.75 hours, late arrival, 0700-0745.
03/02/2021 SL unplanned 3.5 hours, late arrival, 0700-1030.
03/03/2021 AL unplanned, 0.5 hours, late arrival, 0700-0730.
03/11/2021 SL unplanned, 1.5 hours, late arrival, 0700-0830
03/30/2021 – AL unplanned, 1-hour, late arrival, 0700-0800.
04/05/2021 – SL unplanned, 2 hours, late arrival, 0700-0900.
04/19/2021 – SL unplanned, 2.5 hours, late arrival, 0700-0930.
05/03/2021 – SL unplanned, 1.5 hours, late arrival 0700-0830.
05/10/2021 – SL unplanned 3 hours, left shift early, 1230-1530.
05/21/2021 – SL unplanned 2.5 hours, left shift early, 1300-1530.
06/01/2021 – SL unplanned 1-hour, late arrival, 0700-0800.
06/04/2021 – SL unplanned 0.25 hours, late arrival, 0700-0715.
06/07/2021 – SL unplanned 2.5 hours, left shift early, 1300-1530.
06/08/2021 – SL unplanned 8 hours, call in.
06/14/2021 – SL unplanned, late arrival, 0700-0745.
07/02/2021 – SL unplanned, late arrival, 0700-0900.
07/06/2021 – AL unplanned, late arrival, 0700-0715.
07/13/2021 – SL unplanned, 0.75 hours, 0700-0745.
07/21/2021-SL unplanned, 0.15 hours, 0700-0715.
07/23/2021-SL unplanned, 1.00 hours, 0700-0800.
08/03/2021-Called in for 8 hours.
08/05/2021-SL Called in for 2 hours 0700-0900

Please let me know if you have any questions or concerns,
Jeanine

000334