<span style="color:red">**EXHIBIT J**</span>

**Department of**                      **Memorandum**
**Veterans Affairs**

Date: December 3, 2021
From: Gastroenterology Assistant Nurse Manager
Subj: Sick Leave certification
To: Territa Smith, Medical Instrument Tech

1. I have reviewed your sick leave usage since August 1, 2021. During this time period you have earned thirty-six (36) hours of sick leave and you have used forty-three and three quarters (36.75) hours of sick leave for yourself and/or your family. Additionally you have been issued twenty-nine (29) hours of Leave Without Pay (LWOP) when you did not have sick leave available. You have also been issued eight and one quarter (8.25) hours of AWOL when you did not have sick leave available.

2. Your sick leave usage indicates a trend of you abusing your sick leave. You have used your sick leave in short increments normally in one shift or less, usually on a Monday, in conjunction with your day off, in conjunction with the weekend, in conjunction with a federal holiday, in conjunction with your scheduled annual leave, and at a rate faster than accrued.

3. As a Department of Veterans Affairs employee, it is your responsibility to report of duty regularly on you assigned shift. **Effective immediately, you are required to present a statement from your private physician for any absence you claim is due to sickness for you or a family member. This statement is to indicate the date(s) you visited the doctor and his/her statement that you were unable to report for duty for the entire period of your absence on the first day you return to duty.** Sick leave must be requested on the first day of the absence, and any subsequent absences. Failure to follow the requirements may lead to disciplinary action up to and including removal from federal service.

4. Sick leave is a valuable privilege and is one of the prime benefits available to federal employees. It is to be used in bona fide cases of illness. There is no limit to the amount you can accrue. A substantial sick leave balance forms the basis for continuing income during periods of extended illness.

5. We will review this requirement together again in six months, on or about May 3, 2022. In the event there is sufficient improvement in your attendance, as it relates to sick leave, consideration will be given to rescinding the requirements of this letter.

**000345**

6. This entry will be filed in your Employee Work Folder as a counseling concerning your sick leave abuse.

_Justin Schroll RN 12/3/21_
Justin Schroll, Assistant Nurse Manager

_[signature] 12/3/21_
Employee Acknowledgement                Date