## Wood, Jeanine R. (KCVA)

| | |
|---|---|
| **From:** | Smith, Territa S. (KCVA) |
| **Sent:** | Friday, January 7, 2022 8:46 AM |
| **To:** | Wood, Jeanine R. (KCVA); Schroll, Justin B. (KCVA); territa smith; Morgan, Frankie (KCVA); sasha@randlesmatalaw.com |
| **Subject:** | resignation letter |

Hello I am giving you guys my 2 week notice for resignation. I have given this company a full year of my time being tormented, bullied, discriminated against, while working in this hostile environment that was created long before I became an employee here at the KCVA. Now my year is up I made it through the orientation period! Now I am moving on gracefully. Thank you for the opportunity but this work environment has been toxic and looks like this is just the "KCVA WAY "in which I was told the first time I had to go to the union about this matter .I have found that this department is not for me here at this VA so I will be done here soon, my last day to work will be 1/22/22 I was hire 1/19/20 so my probation period will be done here.

DEFENDANT'S EXHIBIT 2