**EXHIBIT L**

## Wood, Jeanine R. (KCVA)

**From:** Palmisano, Frank M. (KCVA)
**Sent:** Tuesday, March 23, 2021 2:41 PM
**To:** Wood, Jeanine R. (KCVA)
**Subject:** Concern about our new hire Tatrita

Jeanine,

I worked last week 3/15/21 through 3/19/21 training Tarita and I have real concerns. Monday, Tuesday and Wednesday I overlooked many of her inconsistencies ( disappearing, not communicating, extending breaks, unwillingness to learn being rude and only wanting to scribe for the week).
On Thursday I started reporting it. Tarita disappeared and I found out she had went to lunch. I asked the charge nurse Rosemary I f she had informed her prior to her leaving for lunch. Rosemary replied "NO" I told Rosemary she didn't inform me either. My concern is that when Tarita is in the procedure room she doesn't participate. I had an EGD case and the patient was combative and she was just standing there. I informed her that if a patient is combative that it's all hands on deck. She spends a lot of time on her cell phone.
Friday was not much different from the rest of the week. For one example, she disappeared without notice, doesn't participate with the procedure. On problem was Tarita writing specimens on the path sheet and I was observing, she said I know what I'm doing just back off. I said I am training you and making sure things are done right.

Monday 3/22/21 we were having a TECH meeting and Tarita wanted us to teach her the UUS special procedures so she could write in down in her own hand writing. We informed her that is what SOP's for. I was trying talk to her and explain that this is not the time for special procedure training and she rudely interrupted. This behavior is concerning.

Thanks
Frank Palmisano